**REDACTED FOR PUBLIC VIEWING**

# SCHEDULE  "A"

| Def. No. | Seller Name | Platform |
|:---:|:---|:---|
| 1 | adikoggz | Custom domain |
| 2 | michaesmith | Custom domain |
| 3 | peggy-phillips | Custom domain |
| 4 | pulp poster | Custom domain |
| 5 | jenny-potter | Custom domain |
| 6 | vintage-music-poster | Custom domain |
| 7 | john-springfield | Custom domain |
| 8 | concert-photos | Custom domain |
| 9 | Dieu Vuong Kha | Custom domain |
| 10 | Design Turnpike | Custom domain |
| 11 | Esoterica Art Agency | Custom domain |
| 12 | Bo Kev | Custom domain |
| 13 | aelanfriadd | Custom domain |
| 14 | leanh88 | Custom domain |
| 15 | ardylanda | Custom domain |
| 16 | qinbawelw | Custom domain |
| 17 | liudruma | Custom domain |
| 18 | tranthi9 | Custom domain |
| 19 | atereabag | Custom domain |
| 20 | ngvan89 | Custom domain |
| 21 | craig-brown-phd | Custom domain |
| 22 | dan-edwards | Custom domain |
| 23 | kim-mcbee-rebe-gbds | Custom domain |
| 24 | ben-thomas | Custom domain |
| 25 | coin-ryan | Custom domain |
| 26 | davinarques | Custom domain |
| 27 | artur-denys | Custom domain |
| 28 | jasper-shaw | Custom domain |
| 29 | ian-jarvis-hathaway-ckm | Custom domain |
| 30 | davicarson | Custom domain |
| 31 | toby-cosgrove | Custom domain |
| 32 | harolpalevsky | Custom domain |
| 33 | mohamesalah | Custom domain |
| 34 | diksha-ghansawant | Custom domain |
| 35 | brian-york | Custom domain |
| 36 | dzmitryi-kashtalyan | Custom domain |
| 37 | gaurav-gulati | Custom domain |
| 38 | brian-watts | Custom domain |

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|:---:|:---|:---|
| 39 | indrajeet-singh | Custom domain |
| 40 | bryan-campbell | Custom domain |
| 41 | deepak-vishwakarma | Custom domain |
| 42 | erin-collins | Custom domain |
| 43 | manthan-gokalgandhi | Custom domain |
| 44 | eduardo-camargo | Custom domain |
| 45 | khutso-njenga | Custom domain |
| 46 | damcharrison | Custom domain |
| 47 | doug-davis | Custom domain |
| 48 | gabriel-rivera | Custom domain |
| 49 | naveen-joshi | Custom domain |
| 50 | igor-bondarenko | Custom domain |
| 51 | daviosborne | Custom domain |
| 52 | driven-u-terranestewart-llc | Custom domain |
| 53 | ben-arnold | Custom domain |
| 54 | caring-solution | Custom domain |
| 55 | gabriel-pacheco | Custom domain |
| 56 | bilajaved | Custom domain |
| 57 | iftekhar-ahmed | Custom domain |
| 58 | ivens-bucky-buchanan-jr-aams | Custom domain |
| 59 | graham-thomas | Custom domain |
| 60 | emily-reed | Custom domain |
| 61 | local-doctor | Custom domain |
| 62 | dayward | Custom domain |
| 63 | eduardo-azevedo | Custom domain |
| 64 | j-euan-edment | Custom domain |
| 65 | mohamehussein | Custom domain |
| 66 | brian-shields | Custom domain |
| 67 | r-garagdoor | Custom domain |
| 68 | carlos-lozano | Custom domain |
| 69 | corbra | Custom domain |
| 70 | zhen-l-zhen | Custom domain |
| 71 | giselle-coelho | Custom domain |
| 72 | daviedwards | Custom domain |
| 73 | ashish-singh | Custom domain |
| 74 | imtiaz-khan | Custom domain |
| 75 | giordano-poloni | Custom domain |
| 76 | guilherme-moraes | Custom domain |
| 77 | daniellsilva | Custom domain |
| 78 | dom-chicherchia | Custom domain |

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 79 | eduardo-almeida | Custom domain |
| 80 | gagan-kumar | Custom domain |
| 81 | fadlah-kaumenmsimar-sinarat | Custom domain |
| 82 | carlos-rivera | Custom domain |
| 83 | brian-nelson | Custom domain |
| 84 | g-t-g-t-ken-weeden | Custom domain |
| 85 | angela-ahrendts | Custom domain |
| 86 | gautam-arora | Custom domain |
| 87 | erik-visser | Custom domain |
| 88 | mads-berg | Custom domain |
| 89 | deepak-kumar-sharma | Custom domain |
| 90 | s-automotivautomotive | Custom domain |
| 91 | eric-goldstein | Custom domain |
| 92 | corey-miller | Custom domain |
| 93 | george-gonzalez | Custom domain |
| 94 | ben-ian | Custom domain |
| 95 | daviriley | Custom domain |
| 96 | Virgina | Custom domain |
| 97 | kotryna-zukauskaite | Custom domain |
| 98 | danieklemis | Custom domain |
| 99 | ivy ng | Custom domain |
| 100 | naam | Custom domain |
| 101 | Music Shark UK | Ebay |
| 102 | MBB Emporium | Ebay |
| 103 | sell_any1 | Ebay |
| 104 | fred_the_ted | Ebay |
| 105 | tokushop | Ebay |
| 106 | about-2-rock | Ebay |
| 107 | Mumpy73 | Ebay |
| 108 | vinyl_bargains | Ebay |
| 109 | bo26bo66 | Ebay |
| 110 | artworkbypaula | Ebay |
| 111 | musicMagpie Shop | Ebay |
| 112 | pandur_69 | Ebay |
| 113 | stumpymcnolegs1972 | Ebay |
| 114 | ishan-4 | Ebay |
| 115 | vanmad31 | Ebay |
| 116 | nsdee0 | Ebay |
| 117 | Fergies_Treasures | Ebay |
| 118 | Spider_Store | Ebay |

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 119 | Art On Walls2 | Ebay |
| 120 | Britta Clothing | Ebay |
| 121 | VistaPrints | Ebay |
| 122 | BOUTIQUE SHOP MANIA | Ebay |
| 123 | Romero Threads | Ebay |
| 124 | jenayej33 | Ebay |
| 125 | joseme86 | Ebay |
| 126 | hedgevilla_01 | Ebay |
| 127 | omarkb-73 | Ebay |
| 128 | Duc Studio | Ebay |
| 129 | Hawaiian Island 03 | Ebay |
| 130 | wasadamuwilah-0 | Ebay |
| 131 | Senegal78 | Ebay |
| 132 | Dagi Store | Ebay |
| 133 | cons460 | Ebay |
| 134 | hasau-96 | Ebay |
| 135 | lilswani63 | Ebay |
| 136 | LALITASHOP2000 | Ebay |
| 137 | junain52 | Ebay |
| 138 | TourBeat Designs | Ebay |
| 139 | Updatedstyle | Ebay |
| 140 | es_766 s | Ebay |
| 141 | nobukam-87 | Ebay |
| 142 | takyama83 | Ebay |
| 143 | gusmal-87 | Ebay |
| 144 | weaveco inc | Ebay |
| 145 | Chill Mode Clothing | Ebay |
| 146 | jacol_5252 | Ebay |
| 147 | Live With Heavy Metal Music | Ebay |
| 148 | zareen_22 | Ebay |
| 149 | melsess12 | Ebay |
| 150 | olive_50676 | Ebay |
| 151 | Anquises Trendy | Ebay |
| 152 | breweste-91 | Ebay |
| 153 | saneem-88 | Ebay |
| 154 | stevenjo39 | Ebay |
| 155 | interprinstore | Ebay |
| 156 | rockbandmerch | Custom domain |
| 157 | juu shirtz | Custom domain |
| 158 | svayew | Custom domain |

4

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 159 | BAI SHE | Custom domain |
| 160 | YKFS | Custom domain |
| 161 | Sing the praises of snow Island | Custom domain |
| 162 | ZSDSDFF | Custom domain |
| 163 | glarus77 | Ebay |
| 164 | Dzine | Ebay |
| 165 | Camull Store | Ebay |
| 166 | Candy Clothing_3 | Ebay |
| 167 | iconsdowell3 | Ebay |
| 168 | Candy | Ebay |
| 169 | shaveitmusic | Ebay |
| 170 | MAHTREND | Ebay |
| 171 | boudrioux | Ebay |
| 172 | babyjanerelics | Ebay |
| 173 | litopaez11 | Ebay |
| 174 | welsh.girl | Ebay |
| 175 | panala-42 | Ebay |
| 176 | shqui9631 | Ebay |
| 177 | heartber0 | Ebay |
| 178 | jonapar_7648 | Ebay |
| 179 | shasto3198 | Ebay |
| 180 | Bourne4graffs | Ebay |
| 181 | southpaw1016 | Ebay |
| 182 | delucia59 | Ebay |
| 183 | pedrosch0 | Ebay |
| 184 | ayeletravid | Ebay |
| 185 | Rose Storeonline | Ebay |
| 186 | rammn96 | Ebay |
| 187 | gizellydo60 | Ebay |
| 188 | bamzas_2692 | Ebay |
| 189 | history.photography | Ebay |
| 190 | yapare-59 | Ebay |
| 191 | abhaadi-72 Store | Ebay |
| 192 | EverydayTee | Ebay |
| 193 | garlovel_8 | Ebay |
| 194 | Golden H Store | Ebay |
| 195 | Prime Tee Shop | Ebay |
| 196 | Dazzy D's Tees | Ebay |
| 197 | BohoPrintTee | Ebay |
| 198 | OZZIE EMPORIUM | Ebay |

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|----------|-------------|----------|
| 199 | Cht_TL | Ebay |
| 200 | Etaeta Shop | Ebay |
| 201 | ATOMIC DESIGN Z | Ebay |
| 202 | lasit_76 | Ebay |
| 203 | amesmarg56 | Ebay |
| 204 | samamm-45 | Ebay |
| 205 | CoCo Chic | Ebay |
| 206 | harriet-4 | Ebay |
| 207 | LUV2TEE | Ebay |
| 208 | seagl-565 | Ebay |
| 209 | Los Angeles Anime Shop | Ebay |
| 210 | Candy Clothing VII | Ebay |
| 211 | dmylytv23 | Ebay |
| 212 | raywa175 | Ebay |
| 213 | Cozylivingstyle | Ebay |
| 214 | beatrice_6796 | Ebay |
| 215 | Vintage tee02 | Ebay |
| 216 | Julia-clothing | Ebay |
| 217 | marqsta-58 | Ebay |
| 218 | fi_5850 | Ebay |
| 219 | Artist LLC | Ebay |
| 220 | karimha-99 | Ebay |
| 221 | maorm_4178 | Ebay |
| 222 | debtsh_0 | Ebay |
| 223 | vaildya_20 | Ebay |
| 224 | zahiba97 | Ebay |
| 225 | dom-28495 | Ebay |
| 226 | poscards-by-the-sea | Ebay |
| 227 | chka-29 | Ebay |
| 228 | cobutt23 | Ebay |
| 229 | 80stee | Ebay |
| 230 | andrew80174 | Ebay |
| 231 | lewil4592 | Ebay |
| 232 | A New Lalaland | Ebay |
| 233 | Marley Trendy | Ebay |
| 234 | elour_80 | Ebay |
| 235 | patind45 | Ebay |
| 236 | PIXILUV-STORE | Ebay |
| 237 | jmranas36 | Ebay |
| 238 | ranezu-89 | Ebay |

6

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 239 | Trendsetter Lucky | Ebay |
| 240 | NNKN LLC | Ebay |
| 241 | carnisa_711 | Ebay |
| 242 | punkrevival | Ebay |
| 243 | rheamm0 | Ebay |
| 244 | manes-57 | Ebay |
| 245 | Candy Clothing IV | Ebay |
| 246 | salman-6016 | Ebay |
| 247 | lumar-843 | Ebay |
| 248 | HPBMMSTORE | Ebay |
| 249 | sibord-21 | Ebay |
| 250 | Thunder Tees 88 | Ebay |
| 251 | yasirf_58 | Ebay |
| 252 | 90stee | Ebay |
| 253 | basuah-30 | Ebay |
| 254 | shakar-47 | Ebay |
| 255 | Hernandez Trendy | Ebay |
| 256 | kalara_official_store | Ebay |
| 257 | ju-3491 | Ebay |
| 258 | The Farmer 1970s and 1980s Posters | Ebay |
| 259 | faroukabd60 | Ebay |
| 260 | fardan36 | Ebay |
| 261 | BandThreadz | Ebay |
| 262 | pepil5825 | Ebay |
| 263 | brlo_3479 a | Ebay |
| 264 | capick-23 | Ebay |
| 265 | olive_50676 | Ebay |
| 266 | dont_250 | Ebay |
| 267 | ehbur15 | Ebay |
| 268 | cricketstamps | Ebay |
| 269 | bealex-277 | Ebay |
| 270 | badgeheaven | Ebay |
| 271 | sspiremarketing | Ebay |
| 272 | lusqu_48 | Ebay |
| 273 | PosterGlam | Ebay |
| 274 | Melodia Bears | Ebay |
| 275 | history.photography | Ebay |
| 276 | Camiss Clothing | Ebay |
| 277 | LightLitCreations | Ebay |
| 278 | RockGuitarMiniatures | Ebay |

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 279 | aimeelee111 | Ebay |
| 280 | Shellabellsshop | Ebay |
| 281 | Famous Prints | Ebay |
| 282 | The attic of heavy metal | Ebay |
| 283 | lusidu66 | Ebay |
| 284 | umagili_95 | Ebay |
| 285 | PRIARTS USA | Ebay |
| 286 | Retro Prints Hub | Ebay |
| 287 | sandunu-0 | Ebay |
| 288 | kalara_official_store | Ebay |
| 289 | Trendsetter Lucky | Ebay |
| 290 | wgut-37 | Ebay |
| 291 | wanldya_20 | Ebay |
| 292 | tHaven | Ebay |
| 293 | bandpuzzlebooks | Custom domain |
| 294 | tshirtbandit | Custom domain |
| 295 | shirtsnthingsaz | Custom domain |
| 296 | thirstypretzels | Custom domain |
| 297 | bestrocktshirts | Custom domain |
| 298 | rerunthe80s | Custom domain |
| 299 | egallagher-art | Redbubble |
| 300 | shellyth-12 | Ebay |
| 301 | elkh-8909 | Ebay |
| 302 | adtaw20 | Ebay |
| 303 | rusisti0 | Ebay |
| 304 | ArtworkByPaulaForYou | Etsy |
| 305 | aabl_77 | Ebay |
| 306 | julkagw0 | Ebay |
| 307 | chered-berber | Ebay |
| 308 | whatanovelidea | Etsy |
| 309 | PosterifyDesign | Etsy |
| 310 | TorchyStudio | Etsy |
| 311 | almas6755 | Ebay |
| 312 | AndrewDayStudio | Etsy |
| 313 | ozzerho0 | Ebay |
| 314 | Popphilosophy | Etsy |
| 315 | ostoru! | Ebay |
| 316 | MusicConceptPosters | Etsy |
| 317 | pipperger9880 | Ebay |
| 318 | l066apparel | Ebay |

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 319 | mindyw48 | Ebay |
| 320 | ortatzri | Ebay |
| 321 | tarik2855 | Ebay |
| 322 | gregoryricha_28 | Ebay |
| 323 | julabisahid | Ebay |
| 324 | jennwea7671 | Ebay |
| 325 | kornfel_19 | Ebay |
| 326 | kaen011 | Ebay |
| 327 | moh98_7 | Ebay |
| 328 | sobpan-20 | Ebay |
| 329 | hadimourh_0 | Ebay |
| 330 | spice213 | Ebay |
| 331 | olesiab-0 | Ebay |
| 332 | leonidp0 | Ebay |
| 333 | vnane-l | Ebay |
| 334 | matfords | Ebay |
| 335 | outanrjea | Ebay |
| 336 | hassani-59 | Ebay |
| 337 | limeeubeellla | Ebay |
| 338 | yassa_7875 | Ebay |
| 339 | b66363 | Ebay |
| 340 | nourdine_shata | Ebay |
| 341 | abdellatife0 | Ebay |
| 342 | MissPicklePrints | Etsy |
| 343 | MiniaturesCustom | Etsy |
| 344 | Shellsbellsbiz | Etsy |
| 345 | percy42 | Ebay |
| 346 | carkor_66 | Ebay |
| 347 | fraflo3073 | Ebay |
| 348 | hasou-45_29 | Ebay |
| 349 | charadanishop | Ebay |
| 350 | jodicamp56 | Ebay |
| 351 | deborahbe84 | Ebay |
| 352 | ciela-us | Ebay |
| 353 | said_hanzi | Ebay |
| 354 | shen fang888 | Amazon |
| 355 | jelly-frog | Custom domain |
| 356 | HOUSE OF MERCH | Custom domain |
| 357 | teeshirtsherpa | Custom domain |
| 358 | Chaste Goose | Custom domain |

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 359 | Menu_Piper | Custom domain |
| 360 | Huggins | Custom domain |
| 361 | cat-skipper | Ebay |
| 362 | Chalkys UK | Ebay |
| 363 | letsgotees | Ebay |
| 364 | Gayatri Patil | Custom domain |
| 365 | Slur-Drab | Custom domain |
| 366 | Laughable Menstruation | Custom domain |
| 367 | Productive Ell | Custom domain |
| 368 | dortheyabrams | Custom domain |
| 369 | Mark Graban | Custom domain |
| 370 | DragonLongShop | Custom domain |
| 371 | FlourishingFaith | Custom domain |
| 372 | Mazeys Mod Clothing | Ebay |
| 373 | fabcollectibles | Ebay |
| 374 | Chris Mcdonald | Custom domain |
| 375 | anabel shop design | Custom domain |
| 376 | Purple Sure | Custom domain |
| 377 | Starved Ladle | Custom domain |
| 378 | TeesTotal | Ebay |
| 379 | jesus lopez | Custom domain |
| 380 | For The Love Of The Frame | Ebay |
| 381 | ALIAN shop | Ebay |
| 382 | WatsonMmedlin | Custom domain |
| 383 | Good.store68 | Ebay |
| 384 | Abundant Rana | Custom domain |
| 385 | Sarath Mv | Custom domain |
| 386 | Fidelity Skunk Tion Medon | Custom domain |
| 387 | TheLittleTouch55 | Custom domain |
| 388 | Carolina Silva | Custom domain |
| 389 | Penelopa Follicle | Custom domain |
| 390 | TAJA GAILLIARD | Custom domain |
| 391 | SerenityWithinCrafts | Custom domain |
| 392 | Golden memory Photos | Ebay |
| 393 | IN RA XKA | Teepublic |
| 394 | Girl Time Up | Teepublic |
| 395 | Tinatin | Teepublic |
| 396 | Kionew | Teepublic |
| 397 | Ramenistic | Teepublic |
| 398 | animevote | Teepublic |

10

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 399 | KreakEz | Teepublic |
| 400 | Ruyble | Teepublic |
| 401 | 4Sehat5Sekawan | Teepublic |
| 402 | Abdoers | Teepublic |
| 403 | ajisaka | Teepublic |
| 404 | WilsonHandyArt | Teepublic |
| 405 | Tradingcards and other collectables | Ebay |
| 406 | retroprintsonline | Ebay |
| 407 | Lynn Lynn Co. | Teepublic |
| 408 | bombolini | Teepublic |
| 409 | Forsen Lukatim | Teepublic |
| 410 | bragboneco | Teepublic |
| 411 | KIMIDIGI | Teepublic |
| 412 | Farlos Angel | Teepublic |
| 413 | Back To The Best Times | Ebay |
| 414 | Eldahea Studio | Teepublic |
| 415 | grootya | Teepublic |
| 416 | Elvenfoe | Teepublic |
| 417 | the lucky friday | Teepublic |
| 418 | Londobell | Teepublic |
| 419 | 80sWHS | Teepublic |
| 420 | Ifilsix | Teepublic |
| 421 | daley doodles | Teepublic |
| 422 | Ken Savana | Teepublic |
| 423 | TheTerrorClub | Teepublic |
| 424 | Kar Art Studio | Teepublic |
| 425 | FiftyZero world | Teepublic |
| 426 | Tarkus_Enterprize | Ebay |
| 427 | JasmPrintopia | Ebay |
| 428 | Aaim138 | Redbubble |
| 429 | ngocnga | Custom domain |
| 430 | Erikagita | Custom domain |
| 431 | DonnaClifton | Custom domain |
| 432 | SamaraMcCullou | Custom domain |
| 433 | ROMAINEDWILEY | Custom domain |
| 434 | HectorMarroquin | Custom domain |
| 435 | WilliamReitmeyer | Custom domain |
| 436 | Bertrando | Custom domain |
| 437 | JeanetteNeubauer | Custom domain |
| 438 | SHWINSIS | Custom domain |

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 439 | RebekahShinn | Custom domain |
| 440 | MarkBressi | Custom domain |
| 441 | SHOPIBGN | Custom domain |
| 442 | xiomifu | Custom domain |
| 443 | JamesMccollough | Custom domain |
| 444 | JenniferJones | Custom domain |
| 445 | TutoDesigns | Custom domain |
| 446 | Jenny Potter | Custom domain |
| 447 | RogerHunnell | Custom domain |
| 448 | RubenGarcia | Custom domain |
| 449 | Bo Kev | Custom domain |
| 450 | BipuKumar | Custom domain |
| 451 | Boehmuhkcasia | Custom domain |
| 452 | WethyBlacker | Custom domain |
| 453 | Maritsa Sedge | Custom domain |
| 454 | Danika Blush | Custom domain |
| 455 | Ankit Verma | Custom domain |
| 456 | Sorrowful Airfoil | Custom domain |
| 457 | Nguoigiaoviennhandan | Custom domain |
| 458 | Sponge Jennette | Custom domain |
| 459 | OnlyqualityShop | Custom domain |
| 460 | Dulsea Stinging | Custom domain |
| 461 | Pizzaz | Custom domain |
| 462 | Embroseph | Custom domain |
| 463 | ala sveik | Custom domain |
| 464 | Cam Josepha | Custom domain |
| 465 | TATOUmaispasca | Custom domain |
| 466 | Earl Sarajane | Custom domain |
| 467 | MohameKhaled | Custom domain |
| 468 | Chhattisgarhi Maroon | Custom domain |
| 469 | Psychedelic Donna | Custom domain |
| 470 | Ed Thomas | Custom domain |
| 471 | Zhen L Zhen | Custom domain |
| 472 | Blend Hour-Long | Custom domain |
| 473 | BilRoberts | Custom domain |
| 474 | Katie Chandler | Custom domain |
| 475 | Seating Kathi | Custom domain |
| 476 | Wongani | Custom domain |
| 477 | Erin Butler | Custom domain |
| 478 | Shona San Hill Upset | Custom domain |

REDACTED FOR PUBLIC VIEWING

| Def. No. | Seller Name | Platform |
|---|---|---|
| 479 | Winna-Slimy | Custom domain |
| 480 | Oppressed Kisser | Custom domain |
| 481 | Two-Man Vinny | Custom domain |
| 482 | Owen Mcbride Cfp Clu Cepa | Custom domain |
| 483 | Gabriela Torres | Custom domain |
| 484 | PmZ | Custom domain |
| 485 | Kathrine Battered | Custom domain |
| 486 | Angelika | Custom domain |
| 487 | YankeeTees | Custom domain |
| 488 | dionnaedmondq | Custom domain |
| 489 | DD_music_store | Custom domain |
| 490 | littlpanda | Custom domain |
| 491 | LailaSporer | Custom domain |
| 492 | uraksstella6 | Custom domain |
| 493 | ERICAGONZALEZ | Custom domain |
| 494 | JonathanCarson | Custom domain |
| 495 | anotherquicksand | Teepublic |
| 496 | K.P.L.D.S.G.N | Teepublic |
| 497 | casetifymask | Teepublic |
| 498 | Vector Empire | Teepublic |
| 499 | North Tight Rope | Teepublic |
| 500 | getinsideart | Teepublic |
| 501 | inidurenku official | Teepublic |
| 502 | Vartiz | Teepublic |
| 503 | Executive class | Teepublic |
| 504 | 24pass0 | Teepublic |
| 505 | toemangaa | Teepublic |
| 506 | cansxart | Teepublic |
| 507 | phsycstudioco | Teepublic |
| 508 | enigma e.o | Teepublic |
| 509 | Arma Gendoug | Teepublic |
| 510 | Tina Rogers Arts | Teepublic |
| 511 | The iMtl Factory | Teepublic |
| 512 | atrevete tete | Teepublic |
| 513 | vintagis | Ebay |
| 514 | printwaveuk | Ebay |
| 515 | ManeBusyBee | Redbubble |
| 516 | Ovnil | Redbubble |
| 517 | brockree-8 | Ebay |
| 518 | zapatakpappd | Custom domain |

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 519 | igatoxa | Custom domain |
| 520 | sheilalond | Custom domain |
| 521 | dokauffma | Custom domain |
| 522 | purplepowerprintshop | Custom domain |
| 523 | mak100 | Redbubble |
| 524 | GoldyuUhl | Redbubble |
| 525 | Dongseng ayok store | Teepublic |
| 526 | Female Revenant | Teepublic |
| 527 | chalanaonlinestore | Ebay |
| 528 | creatorbriliant | Teepublic |
| 529 | Baseball Designs | Teepublic |
| 530 | RBailey | Teepublic |
| 531 | Jancuk Relepboys | Teepublic |
| 532 | Testeemoney Artshop | Teepublic |
| 533 | Mechanism Apparel | Teepublic |
| 534 | ceria123 | Teepublic |
| 535 | imilenial_baret | Teepublic |
| 536 | irbey | Teepublic |
| 537 | kindacoolbutnotreally | Teepublic |
| 538 | _ASCreative | Teepublic |
| 539 | Katab_Marbun | Teepublic |
| 540 | Crazy Frog GREEN | Teepublic |
| 541 | christoperili | Teepublic |
| 542 | Mama's Sauce | Teepublic |
| 543 | di-age7 | Teepublic |
| 544 | Soyaip | Teepublic |
| 545 | jungel | Teepublic |
| 546 | jalnkaki | Teepublic |
| 547 | londou | Teepublic |
| 548 | remoherot | Teepublic |
| 549 | matilda cloud | Teepublic |
| 550 | Birdkids | Teepublic |
| 551 | Umehouse official | Teepublic |
| 552 | TATANYA PIYAN | Teepublic |
| 553 | SAMBIL PODCAST | Teepublic |
| 554 | Rejlu Store | Teepublic |
| 555 | JamesStoreUK | Teepublic |
| 556 | Cyber Hex | Teepublic |
| 557 | illustrations art | Teepublic |
| 558 | Rat Bikes | Teepublic |

14

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 559 | Cotoon Bacon | Teepublic |
| 560 | Tolab Tolib Studio | Teepublic |
| 561 | MenGemeyMashkan | Teepublic |
| 562 | anggal108 | Teepublic |
| 563 | Mamamiyah | Teepublic |
| 564 | Beban Idup | Teepublic |
| 565 | PMD Store | Teepublic |
| 566 | Timeless Chaos | Teepublic |
| 567 | sumurbatu | Teepublic |
| 568 | dolanamwae | Teepublic |
| 569 | Hat_ers | Teepublic |
| 570 | KolekFANART | Teepublic |
| 571 | Bike Ilustrada | Teepublic |
| 572 | Eighteen Plus | Teepublic |
| 573 | americanationalpark podcast | Teepublic |
| 574 | Nosamila creator | Teepublic |
| 575 | Basourat | Teepublic |
| 576 | low spirit | Teepublic |
| 577 | musicconspiracy | Teepublic |
| 578 | beha32 | Teepublic |
| 579 | malam bantu aku | Teepublic |
| 580 | potato cast | Teepublic |
| 581 | TOMBO BONDO | Teepublic |
| 582 | XMAXMASX | Teepublic |
| 583 | grayscalecoloring | Teepublic |
| 584 | j and r | Teepublic |
| 585 | Yadh10 | Teepublic |
| 586 | paintallday | Teepublic |
| 587 | MORRISWORD | Teepublic |
| 588 | RockReflections | Teepublic |
| 589 | Roza Wolfwings | Teepublic |
| 590 | pemudaakhirjaman | Teepublic |
| 591 | Arestration | Teepublic |
| 592 | Blue betta | Teepublic |
| 593 | Fathian | Teepublic |
| 594 | preman samb0 | Teepublic |
| 595 | Kiho Jise | Teepublic |
| 596 | aliencok | Teepublic |
| 597 | Pantat Kering | Teepublic |
| 598 | Oks Storee | Teepublic |

15

**REDACTED FOR PUBLIC VIEWING**

| Def. No. | Seller Name | Platform |
|---|---|---|
| 599 | A Design for Life | Teepublic |
| 600 | TOY MACHINE | Teepublic |
| 601 | Fear Nothing | Teepublic |
| 602 | artcaricatureworks | Teepublic |
| 603 | Typospecia | Teepublic |
| 604 | QueenSNAKE | Teepublic |
| 605 | Animals Project | Teepublic |
| 606 | Jhon_Fio | Teepublic |
| 607 | Apleeexx | Teepublic |
| 608 | Cataleyna | Teepublic |
| 609 | Titibumi | Teepublic |
| 610 | AllaboutthewordsCo | Etsy |
| 611 | imusicpicturedisc | Ebay |
| 612 | IKONIKprints | Etsy |
| 613 | NightingaleArtPrints | Etsy |
| 614 | JaneSandersArt | Etsy |
| 615 | grandpapacompany | Etsy |
| 616 | brizzabrae | Etsy |
| 617 | photosprintsandthings11 | Ebay |
| 618 | catandbatdesigns | Etsy |
| 619 | Graviando | Redbubble |
| 620 | theArtfulWidow | Redbubble |
| 621 | Ericsmith5655 | Redbubble |
| 622 | Merheatty | Redbubble |
| 623 | CarolinLittel | Redbubble |
| 624 | fandoras.com | Custom domain |
| 625 | whitelionstore.com | Custom domain |
| 626 | tallgraphictees.com | Custom domain |
| 627 | 80stees | Custom domain |
| 628 | teerockin.com | Custom domain |
| 629 | JJstreetsTalk | Etsy |
| 630 | creatividddies | Redbubble |
| 631 | ArtworkByPaulaForYou | Etsy |
| 632 | holidays4you | Redbubble |
| 633 | bourach-Art | Redbubble |
| 634 | Bigwordtees | Redbubble |