UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, AND RICHARD ROE 4, <br><br>*Plaintiffs,* <br><br>v. <br><br>THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br>*Defendants.* | § § § § § § § § § § § § § § § § Civil Action No. 4:25-cv-01275 |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and by undersigned counsel, Plaintiffs hereby voluntarily dismiss with prejudice all claims against the following <u>individual</u> Defendants:

| | |
|---|---|
| 80stee | (Def. No. 229 on Schedule "A" to the Complaint, Dkt. #4); |
| 90stee | (Def. No. 252 on Schedule "A" to the Complaint, Dkt. #4). |

In addition, Plaintiffs hereby voluntarily dismisses *without* prejudice all claims against the following <u>individual</u> Defendants:

| | |
|---|---|
| Fred_the_ted | (Def. No. 104 on Schedule "A" to the Complaint, Dkt. #4); |
| Stumpymcnolegs1972 | (Def. No. 113 on Schedule "A" to the Complaint, Dkt. #4); |
| Nobukam-87 | (Def. No. 141 on Schedule "A" to the Complaint, Dkt. #4) |

Dated: December 12, 2025

Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By:   /s/ *Kenneth P. Kula*
       Kenneth P. Kula, TX No. 24004749
       Ken.Kula@BJCIPLaw.com
       1700 Pacific Avenue, Suite 4750
       Dallas, Texas 75201
       **ATTORNEYS FOR PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 12th day of December, 2025, a true and correct copy of the foregoing was electronically filed using the U.S. District Court's cm/ECF system, and Service is being provided to all Defendants or their counsel of record as allowed by the Court. In addition, other counsel, if any, will be served via e-mail, facsimile or U.S. regular mail.

                                        /s/ *Kenneth P. Kula*
                                        Kenneth P. Kula