UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, AND RICHARD ROE 4,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:25-cv-01275 |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and by undersigned counsel, Plaintiffs hereby voluntarily dismiss *without* prejudice all claims against the following <u>individual</u> Defendants:

| | |
|---|---|
| Bo26bo66 | (Def. No. 109 on Schedule "A" to the Complaint, Dkt. #4); |
| Rerunthe80s | (Def. No. 298 on Schedule "A" to the Complaint, Dkt. #4). |

Dated: December 15, 2025

Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By:  /s/ *Kenneth P. Kula*
Kenneth P. Kula, TX No. 24004749
Ken.Kula@BJCIPLaw.com
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 15th day of December, 2025, a true and correct copy of the foregoing was electronically filed using the U.S. District Court's cm/ECF system, and Service is being provided to all Defendants or their counsel of record as allowed by the Court. In addition, other counsel, if any, will be served via e-mail, facsimile or U.S. regular mail.

                                                    /s/ *Kenneth P. Kula*
                                                    Kenneth P. Kula