UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, AND RICHARD ROE 4,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      Civil Action No. 4:25-cv-01275<br>     **JUDGE MICHAEL J. TRUNCALE** |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and by undersigned counsel, Plaintiffs hereby voluntarily dismiss *without* prejudice all claims against the following <u>individual</u> Defendant:

iHavit                        (Def. No. 292 on Schedule "A" to the Complaint, Dkt. #4).

Dated: December 17, 2025             Respectfully submitted,

                                                **BUETHER JOE & COUNSELORS, LLC**

                                                By:    /s/ *Kenneth P. Kula*
                                                               Kenneth P. Kula, TX No. 24004749
                                                               Ken.Kula@BJCIPLaw.com
                                                               1700 Pacific Avenue, Suite 4750
                                                               Dallas, Texas 75201
                                                **ATTORNEYS FOR PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 17th day of December, 2025, a true and correct copy of the foregoing was electronically filed using the U.S. District Court's cm/ECF system, and Service is being provided to all Defendants or their counsel of record as allowed by the Court. In addition, other counsel, if any, will be served via e-mail, facsimile or U.S. regular mail.

                                                    /s/ *Kenneth P. Kula*
                                                    Kenneth P. Kula