# Exhibit 2



Case Inquiry    Case List    Brand Library

Case representation

Law Firm Information

Frequently Asked Questions    other

about

| Time of prosecution | Case number | state | law firm | brand |
|---|---|---|---|---|
| 2025/11/6 | 25-cv-13642 | IL | Keith | Copyrighted artwork by George Dyachenko |
| 2025/11/6 | 25-cv-13641 | IL | GBC | Squishmallows plush toys |
| 2025/11/6 | 25-cv-13638 | IL | GBC | Toyota |
| 2025/11/6 | 25-cv-13637 | IL | GBC | Dior |
| 2025/11/6 | 25-cv-13631 | IL | GBC | Marshall |
| 2025/11/6 | 25-cv-13628 | IL | GBC | Marc Jacobs |
| 2025/11/6 | 25-cv-13626 | IL | GBC | POLO clothing and bags |
| 2025/11/6 | 25-cv-13623 | IL | GBC | American professional sports leagues NBA/MLB/NHL/NFL |
| 2025/11/6 | 25-cv-13617 | IL | GBC | Harley Davidson |



Case Inquiry   Case List   Brand Library

Case representation

Law Firm Information

Frequently Asked Questions    other

about

| 2025/11/6 | 25-cv-13605 | IL | Getech Law LLC | ? |
| 2025/11/6 | 25-cv-13604 | IL | Keith | Copyrighted artwork by Fiona Stokes-Gilbert |
| 2025/11/6 | 25-cv-13599 | IL | Keith | ELIZABETH'S Print Series |
| 2025/11/5 | 25-cv-25129 | FL | GS2LAW PLLC | GiiKER Tic-Tac-Toe Game |
| 2025/11/5 | 25-cv-13588 | IL | GBC | Sprunki Games |
| 2025/11/5 | 25-cv-13581 | IL | GBC | General Motors (GM) |
| 2025/11/5 | 25-cv-13570 | IL | Keith | Rachel Neville's photography |
| 2025/11/5 | 25-cv-13562 | IL | Keith | Lisa Audit copyright painting |
| 2025/11/5 | 25-cv-13560 | IL | GBC | General Motors (GM) |
| 2025/11/5 | 25-cv-13559 | IL | GBC | POLO clothing and bags |
| 2025/11/5 | 25-cv-13556 | IL | Keith | David Lozeau copyright painting |



Case Inquiry	Case List	Brand Library

Case representation

Law Firm Information

Frequently Asked Questions	other

about

| 2025/11/5 | 25-cv-13540 | IL | Keith | AN copyright painting |
| 2025/11/5 | 25-cv-13538 | IL | Keith | Randall Mackey copyright painting |
| 2025/11/4 | 25-cv-13529 | IL | GBC | Sprunki Games |
| 2025/11/4 | 25-cv-13526 | IL | GBC | Toyota |
| 2025/11/4 | 25-cv-13523 | IL | Flener IP & Business Law | ? |
| 2025/11/4 | 25-cv-13519 | IL | GBC | General Motors |
| 2025/11/4 | 25-cv-13513 | IL | GBC | Squishmallows plush toys |
| 2025/11/4 | 25-cv-13508 | IL | Keith | Kendra Dandy copyright painting |
| 2025/11/4 | 25-cv-13507 | IL | BAYRAMOGLU LAW OFFICES LLC | ? |
| 2025/11/4 | 25-cv-13502 | IL | GBC | POLO clothing and bags |
| 2025/11/4 | 25-cv-13498 | IL | GBC | Marc Jacobs |
| 2025/11/4 | 25-cv-13494 | IL | GBC | Dior |
| 2025/11/4 | 25-cv-13483 | IL | Keith | Garyck Truls Arntzen copyright painti |



Case Inquiry     Case List     Brand Library

Case representation

Law Firm Information

Frequently Asked Questions     other

about

| 2025/9/29 | 25-cv-11818 | IL | S OF KONRAD S HERINIAN, LLC | d shearing drill bit accessories |
| 2025/9/29 | 25-cv-11812 | IL | Flener IP Law, LLC | ? |
| 2025/9/29 | 25-cv-11809 | IL | Keith | Copyrighted artwork by Catherine Frances Rayner |
| 2025/9/26 | 25-cv-11789 | IL | Mackenzie Paladino, Esq. | Unicolors clothing patterns |
| 2025/9/26 | 25-cv-11783 | IL | GBC | Chrysler |
| 2025/9/26 | 25-cv-11780 | IL | GBC | Chrysler |
| 2025/9/26 | 25-cv-11746 | IL | SULLIVAN & CARTER, LLP | THIGHMASTER Gym Equipment |
| 2025/9/26 | 25-cv-11729 | IL | SULLIVAN & CARTER, LLP | Dune |
| 2025/9/26 | 25-cv-11694 | IL | BISHOP DIEHL & LEE, LTD. | patent for luminous gloves |
| 2025/9/26 | 25-cv-11685 | IL | HSP | RUMMIKUB (Rummi Games) |
| 2025/9/26 | 25-cv-1061 | TX | BUETHER JOE & COUNSELORS, L | Masha and the Bear |



Case Inquiry    Case List    Brand Library

Case representation

Law Firm Information

Frequently Asked Questions    other

about

| | | | | |
|---|---|---|---|---|
| | | | pilla, LLC | |
| 2025/1/16 | 25-cv-519 | IL | Flener IP Law, LLC | ? |
| 2025/1/16 | 25-cv-518 | IL | Keith | Anna Melis 版权画 |
| 2025/1/16 | 25-cv-515 | IL | Keith | Anna Melis 版权画 |
| 2025/1/16 | 25-cv-511 | IL | Keith | Anna Melis 版权画 |
| 2025/1/16 | 25-cv-505 | IL | HSP | KTM 摩托 |
| 2025/1/16 | 25-cv-504 | IL | Keith | 爱心熊 Care Bears |
| 2025/1/16 | 25-cv-503 | IL | Keith | Dean Russo 版权画 |
| 2025/4/15 | 25-cv-497 | PA | FERENCE & ASSOCIATES LLC | 手电筒 |
| 2025/1/15 | 25-cv-497 | IL | BAYRAMOGLU LAW OFFICES LLC | ROTITA女装 |
| 2025/5/8 | 25-cv-489 | TX | BUETHER JOE & COUNSELORS, LLC | 玛莎和熊 MASHA AND THE BEAR |
| 2025/1/15 | 25-cv-489 | IL | GBC | 戴森卷发棒 |
| 2025/1/15 | 25-cv-488 | IL | GBC | 贺曼 HALLMARK |
| 2025/1/15 | 25-cv-482 | IL | GBC | 哈雷 Harley Davidson |



Case Inquiry   Case List   Brand Library

Case representation

Law Firm Information

Frequently Asked Questions   other

about

SKGF

SLADKUS

SMG

SpencePC

Thoits

Uncategorized

Other law firms

SellerDefense.cn 2017-2022

Shanghai ICP Registration No. 13015943-1