# Exhibit 3
# Schedule A

| Def. No. | Def.'s Seller's NAME | Def.'s Store URL | Country | Platform |
|---|---|---|---|---|
| 1 | adikoggz | https://www.adikoggz.com/ | GB | Custom |
| 2 | michaesmith | https://printerval.com/shops/michaesmith | TBD | Custom |
| 3 | peggy-phillips | https://pixelsmerch.com/profiles/1-peggy-phillips/shop/duvet+covers | TBD | Custom |
| 4 | pulp poster | https://pixelsmerch.com/profiles/nicholas-fowler/shop/spiral+notebooks | TBD | Custom |
| 5 | jenny-potter | https://pixelsmerch.com/profiles/jenny-potter/shop/wood+prints | TBD | Custom |
| 6 | vintage-music-poster | https://pixelsmerch.com/profiles/jeramy-hinfelaar/shop/puzzles | TBD | Custom |
| 7 | john-springfield | https://pixelsmerch.com/profiles/serpent-films/shop/tote+bags | TBD | Custom |
| 8 | concert-photos | https://pixelsmerch.com/profiles/concert-photos/shop/puzzles | TBD | Custom |
| 9 | Dieu Vuong Kha | https://pixelsmerch.com/profiles/dieu-vuongkha/shop/iphone+cases | TBD | Custom |
| 10 | Design Turnpike | https://pixelsmerch.com/profiles/designturnpike/shop/canvas+prints | TBD | Custom |
| 11 | Esoterica Art Agency | https://pixelsmerch.com/profiles/serpent-films/shop/canvas+prints | TBD | Custom |
| 12 | Bo Kev | https://pixelsmerch.com/profiles/bo-kev/shop/canvas+prints | TBD | Custom |
| 13 | aclanfriadd | https://www.artistshot.com/artist/aclanfriadd | TBD | Custom |
| 14 | leanh88 | https://www.artistshot.com/artist/leanh88 | TBD | Custom |
| 15 | ardylanda | https://www.artistshot.com/artist/ardylanda | CN | Custom |
| 16 | qinbawelw | https://www.artistshot.com/artist/qinbawelw | TBD | Custom |
| 17 | lindruma | https://www.artistshot.com/artist/lindruma | TBD | Custom |
| 18 | tranthi9 | https://www.artistshot.com/artist/tranthi9 | TBD | Custom |
| 19 | atereabag | https://www.artistshot.com/artist/atereabag | TBD | Custom |
| 20 | ngvan89 | https://www.artistshot.com/artist/ngvan89 | TBD | Custom |
| 21 | craig-brown-phd | https://printblur.com/seller/craig-brown-phd | TBD | Custom |
| 22 | dan-edwards | https://printblur.com/seller/dan-edwards | TBD | Custom |
| 23 | kim-mcbee-rebc-gbds | https://printblur.com/seller/kim-mcbee-rebc-gbds | TBD | Custom |
| 24 | ben-thomas | https://printblur.com/seller/ben-thomas | TBD | Custom |
| 25 | eoin-ryan | https://printblur.com/seller/eoin-ryan | TBD | Custom |
| 26 | davimarques | https://printblur.com/seller/davimarques | TBD | Custom |
| 27 | artur-denys | https://printblur.com/seller/artur-denys | TBD | Custom |
| 28 | jasper-shaw | https://printblur.com/seller/jasper-shaw | TBD | Custom |
| 29 | ian-jarvis-hathaway-ckm | https://printblur.com/seller/ian-jarvis-hathaway-ckm | TBD | Custom |
| 30 | davicarson | https://printblur.com/seller/davicarson | TBD | Custom |
| 31 | toby-cosgrove | https://printblur.com/seller/toby-cosgrove | TBD | Custom |
| 32 | harolpalevsky | https://printblur.com/seller/harolpalevsky | TBD | Custom |
| 33 | mohamesalah | https://printblur.com/seller/mohamesalah | TBD | Custom |
| 34 | diksha-ghansawant | https://printblur.com/seller/diksha-ghansawant | TBD | Custom |
| 35 | brian-york | https://printblur.com/seller/brian-york | TBD | Custom |
| 36 | dzmitryi-kashtalyan | https://printblur.com/seller/dzmitryi-kashtalyan | TBD | Platform |
| 37 | gaurav-gulati | https://printblur.com/seller/gaurav-gulati | TBD | Custom |
| 38 | brian-watts | https://printblur.com/seller/brian-watts | TBD | Custom |
| 39 | indrajeet-singh | https://pixelsmerch.com/seller/indrajeet-singh | TBD | Custom |
| 40 | bryan-campbell | https://printblur.com/seller/bryan-campbell | TBD | Custom |
| 41 | deepak-vishwakarma | https://printblur.com/seller/deepak-vishwakarma | TBD | Custom |
| 42 | erin-collins | https://printblur.com/seller/erin-collins | TBD | Custom |
| 43 | manthan-gokalgandhi | https://printblur.com/seller/manthan-gokalgandhi | TBD | Custom |
| 44 | eduardo-camargo | https://printblur.com/seller/eduardo-camargo | TBD | Custom |
| 45 | khutso-njenga | https://printblur.com/seller/khutso-njenga | TBD | Custom |
| 46 | danieharrison | https://printblur.com/seller/danieharrison | TBD | Custom |
| 47 | doug-davis | https://printblur.com/seller/doug-davis | TBD | Custom |
| 48 | gabriel-rivera | https://printblur.com/seller/gabriel-rivera | TBD | Custom |
| 49 | naveen-joshi | https://printblur.com/seller/naveen-joshi | TBD | Custom |
| 50 | igor-bondarenko | https://printblur.com/seller/igor-bondarenko | TBD | Custom |
| 51 | daviosborne | https://printblur.com/seller/daviosborne | TBD | Custom |
| 52 | driven-u-terrancstewart-llc | https://printblur.com/seller/driven-u-terrancstewart-llc | TBD | Custom |
| 53 | ben-arnold | https://printblur.com/seller/ben-arnold | TBD | Custom |
| 54 | caring-solution | https://printblur.com/seller/caring-solution | TBD | Custom |
| 55 | gabriel-pacheco | https://printblur.com/seller/gabriel-pacheco | TBD | Custom |
| 56 | bilajaved | https://printblur.com/seller/bilajaved | TBD | Custom |

| # | Name | URL | Country | Platform |
|---|---|---|---|---|
| 57 | iftekhar-ahmed | https://printblur.com/seller/iftekhar-ahmed | TBD | Custom |
| 58 | ivens-bucky-buchanan-jr-aams | https://printblur.com/seller/ivens-bucky-buchanan-jr-aams | TBD | Custom |
| 59 | graham-thomas | https://printblur.com/seller/graham-thomas | TBD | Custom |
| 60 | emily-reed | https://printblur.com/seller/emily-reed | TBD | Custom |
| 61 | local-doctor | https://printblur.com/seller/local-doctor | TBD | Custom |
| 62 | davward | https://printblur.com/seller/davward | TBD | Custom |
| 63 | eduardo-azevedo | https://printblur.com/seller/eduardo-azevedo | TBD | Custom |
| 64 | j-euan-edment | https://printblur.com/seller/j-euan-edment | TBD | Custom |
| 65 | mohamehussein | https://printblur.com/seller/mohamehussein | TBD | Custom |
| 66 | brian-shields | https://printblur.com/seller/brian-shields | TBD | Custom |
| 67 | r-garagdoor | https://printblur.com/seller/r-garagdoor | TBD | Custom |
| 68 | carlos-lozano | https://printblur.com/seller/carlos-lozano | TBD | Custom |
| 69 | corbra | https://printblur.com/seller/corbra | TBD | Custom |
| 70 | Zhen L Zhen | https://printerval.com/shops/zhen-l-zhen | TBD | Custom |
| 70 | zhen-l-zhen | https://printblur.com/seller/zhen-l-zhen | TBD | Custom |
| 71 | giselle-coelho | https://printblur.com/seller/giselle-coelho | TBD | Custom |
| 72 | daviedwards | https://printblur.com/seller/daviedwards | TBD | Custom |
| 73 | ashish-singh | https://printblur.com/seller/ashish-singh | TBD | Custom |
| 74 | imtiaz-khan | https://printblur.com/seller/imtiaz-khan | TBD | Custom |
| 75 | giordano-poloni | https://printblur.com/seller/giordano-poloni | TBD | Custom |
| 76 | guilherme-moraes | https://printblur.com/seller/guilherme-moraes | TBD | Custom |
| 77 | daniellsilva | https://printblur.com/seller/daniellsilva | TBD | Custom |
| 78 | dom-chicherchia | https://printblur.com/seller/dom-chicherchia | TBD | Custom |
| 79 | eduardo-almeida | https://printblur.com/seller/eduardo-almeida | TBD | Custom |
| 80 | gagan-kumar | https://printblur.com/seller/gagan-kumar | TBD | Custom |
| 81 | fadlah-kaumennisinur-sinurat | https://printblur.com/seller/fadlah-kaumennisinur-sinurat | TBD | Custom |
| 82 | carlos-rivera | https://printblur.com/seller/carlos-rivera | TBD | Custom |
| 83 | brian-nelson | https://printblur.com/seller/brian-nelson | TBD | Custom |
| 84 | g-i-g-i-ken-weeden | https://printblur.com/seller/g-i-g-i-ken-weeden | TBD | Custom |
| 85 | angela-ahrendts | https://printblur.com/seller/angela-ahrendts | TBD | Custom |
| 86 | gautam-arora | https://printblur.com/seller/gautam-arora | TBD | Custom |
| 87 | erik-visser | https://printblur.com/seller/erik-visser | TBD | Custom |
| 88 | mads-berg | https://printblur.com/seller/mads-berg | TBD | Custom |
| 89 | deepak-kumar-sharma | https://printblur.com/seller/deepak-kumar-sharma | TBD | Custom |
| 90 | s-automotivautomotive | https://printblur.com/seller/s-automotivautomotive | TBD | Custom |
| 91 | eric-goldstein | https://printblur.com/seller/eric-goldstein | TBD | Custom |
| 92 | corey miller | https://printblur.com/shipping-delivery-n7.html | TBD | Custom |
| 93 | george-gonzalez | https://printblur.com/seller/george-gonzalez | TBD | Custom |
| 94 | ben-tan | https://printblur.com/seller/ben-tan | TBD | Custom |
| 95 | daviriley | https://printblur.com/seller/daviriley | TBD | Custom |
| 96 | Virgina | https://printblur.com/seller/virgina | TBD | Custom |
| 97 | kotryna-zukauskaite | https://printblur.com/seller/kotryna-zukauskaite | TBD | Custom |
| 98 | danieklemis | https://printblur.com/seller/danieklemis | TBD | Custom |
| 99 | ivy ng | https://printblur.com/seller/ivy-ng | TBD | Custom |
| 100 | namn | https://printblur.com/seller/user160 | TBD | Custom |
| 101 | Music Shark UK | https://www.ebay.com/str/musicsharkuk?_trksid=p4429486.m3561.l161211 | GB | Ebay |
| 102 | MBB Emporium | https://www.ebay.com/str/hausofherrstuka2 | GB | Ebay |
| 103 | sell_any1 | https://www.ebay.com/str/sell_any1 | GB | Ebay |
| ■ | ■ | ■ | ■ | ■ |
| 105 | tokushop | https://www.ebay.com/str/tokushop | JP | Ebay |
| ■ | ■ | ■ | ■ | ■ |
| 107 | Mumpy73 | https://www.ebay.com/str/mumpy73 | GB | Ebay |
| 108 | vinyl_bargains | https://www.ebay.com/str/vinyl_bargains | GB | Ebay |
| ■ | ■ | ■ | ■ | ■ |
| 110 | artworkbypaula | https://www.ebay.com/str/artworkbypaula | GB | Ebay |
| 111 | musicMagpie Shop | https://www.ebay.com/str/musicmagpie?_trksid=p4429486.m3561.l161211 | GB | Ebay |
| 112 | pandur_69 | https://www.ebay.com/str/pandur_69 | NA | Ebay |

| # | Name | URL | Country | Platform |
|---|---|---|---|---|
| 114 | ishan-4 | https://www.ebay.com/str/ishan-4 | MY | Ebay |
| 115 | vanmad31 | https://www.ebay.com/str/vanmad31 | UY | Ebay |
| 116 | nsdee0 | https://www.ebay.com/str/nsdee0 | KW | Ebay |
| 117 | Fergies_Treasures | https://www.ebay.com/str/fergiestreasures | CA | Ebay |
| 118 | Spider Store | https://www.ebay.com/str/spiderstore | LK | Ebay |
| 119 | Art On Walls2 | https://www.ebay.com/str/artonwalls2 | TH | Ebay |
| 120 | Britta Clothing | https://www.ebay.com/str/brittaclothing | SN | Ebay |
| 121 | VistaPrints | https://www.ebay.com/str/vistaprints | TH | Ebay |
| 122 | BOUTIQUE SHOP MANIA | https://www.ebay.com/str/boutiqueshopmania | LV | Ebay |
| 123 | Romero Threads | https://www.ebay.com/str/romerothreads | CO | Ebay |
| 124 | jenayej33 | https://www.ebay.com/str/jenayej33 | BR | Ebay |
| 125 | joseme86 | https://www.ebay.com/str/joseme86 | BR | Ebay |
| 126 | hedgevilla_01 | https://www.ebay.com/str/hedgevilla01 | HN | Ebay |
| 127 | omarkh-73 | https://www.ebay.com/str/omarkh73 | JO | Ebay |
| 128 | Duc Studio | https://www.ebay.com/str/ducstudio | PH | Ebay |
| 129 | Hawaiian Island 03 | https://www.ebay.com/str/hawaiianisland03 | AM | Ebay |
| 130 | wasadunuwilali-0 | https://www.ebay.com/str/wasadunuwilali-0 | LK | Ebay |
| 131 | Senegal78 | https://www.ebay.com/str/senegal78 | SN | Ebay |
| 132 | Dagi Store | https://www.ebay.com/str/dagistore | MA | Ebay |
| 133 | cons460 | https://www.ebay.com/str/cons460 | GB | Ebay |
| 134 | hasau-96 | https://www.ebay.com/str/hasau-96 | AU | Ebay |
| 135 | lilswani63 | https://www.ebay.com/str/lilswani63 | OM | Ebay |
| 136 | LALITASHOP2000 | https://www.ebay.com/str/lalitashop2000 | BR | Ebay |
| 137 | junain52 | https://www.ebay.com/str/junain52 | JO | Ebay |
| 138 | TourBeat Designs | https://www.ebay.com/str/tourbeatdesigns?_trksid=p4429486.m3561.l161211 | LK | Ebay |
| 139 | Updatedstyle | https://www.ebay.com/str/updatedstyle | AR | Ebay |
| 140 | es_766 s | https://www.ebay.com/str/es766s | AU | Ebay |
| 142 | takyama83 | https://www.ebay.com/str/takyama83 | JP | Ebay |
| 143 | gusmal-87 | https://www.ebay.com/str/gusmal-87 | BR | Ebay |
| 145 | Chill Mode Clothing | https://www.ebay.com/str/chillmodeclothing | CO | Ebay |
| 146 | nacol_5252 | https://www.ebay.com/str/nacol5252 | AU | Ebay |
| 147 | Live With Heavy Metal Music | https://www.ebay.com/str/livewithheavymetalmusic | PA | Ebay |
| 148 | zareen_22 | https://www.ebay.com/str/zareen22 | OM | Ebay |
| 149 | melsess12 | https://www.ebay.com/str/melsess12 | AU | Ebay |
| 150 | olive_50676 | https://www.ebay.com/sch/olive_50676/m.html?item=406113090251&rt=nc&_trksid= | AU | Ebay |
| 151 | Anquises Trendy | https://www.ebay.com/str/anquisestrendy | GT | Ebay |
| 152 | breweste-91 | https://www.ebay.com/str/breweste-91 | AR | Ebay |
| 153 | saneem-88 | https://www.ebay.com/str/saneem88 | AE | Ebay |
| 154 | stevenjo39 | https://www.ebay.com/str/stevenjo39 | BW | Ebay |
| 155 | interprinstore | https://www.ebay.com/str/interprinstore | AU | Ebay |
| 158 | svayew | https://shorturl.at/MTUTD | TBD | Custom |
| 159 | BAI SHE | https://rb.gy/zhaw2y | TBD | Custom |
| 160 | YKFS | https://shorturl.at/wHK1I | TBD | Custom |
| 161 | Sing the praises of snow Islan | https://shorturl.at/4bls7 | TBD | Custom |
| 162 | ZSDSDFF | https://shorturl.at/xYovo | TBD | Custom |
| 163 | glarus77 | https://www.ebay.com/sch/glarus77/m.html?item=257090136282&rt=nc&_trksid=p4 | BG | Ebay |
| 164 | Dzine | https://www.ebay.com/usr/Dzine | GB | Ebay |
| 165 | Camull Store | https://www.ebay.com/str/camullstore?_trksid=p4429486.m3561.l161211 | MA | Ebay |
| 166 | Candy Clothing_3 | https://www.ebay.com/str/candyclothing3?_trksid=p4429486.m3561.l161211 | BR | Ebay |
| 167 | iconsdowell3 | https://www.ebay.com/sch/iconsdowell3/m.html | AU | Ebay |
| 168 | Candy | https://www.ebay.com/str/candy?_trksid=p4429486.m3561.l161211 | BR | Ebay |
| 169 | ihaveitmusic | https://www.ebay.com/str/ihaveitmusic | GB | Ebay |

| # | Name | URL | Country | Platform |
|---|---|---|---|---|
| 170 | MAHTREND | https://www.ebay.com/str/mahtrend?_trksid=p4429486.m3561.l161211 | LK | Ebay |
| 171 | boudrioux | https://www.ebay.com/str/posterarium | FR | Ebay |
| 172 | babyjanerelics | https://www.ebay.com/str/babyjanerelics?_trksid=p4429486.m3561.l161211 | AU | Ebay |
| 173 | fitopaez11 | https://www.ebay.com/sch/fitopaez11/m.html?item=205529681128&rt=nc&_trksid=p | IT | Ebay |
| | ███ | ███████████████████████████████████████████████████ | ██ | ███ |
| 175 | ranala-42 | https://www.ebay.com/sch/ranala-42/m.html?item=187539072293&rt=nc&_trksid=p4 | KW | Ebay |
| 176 | shqui9631 | https://www.ebay.com/sch/shqui9631/m.html?item=177409053904&rt=nc&_trksid=p | UY | Ebay |
| 177 | heartber0 | https://www.ebay.com/sch/heartber0/m.html?item=365719259354&rt=nc&_trksid=p | UG | Ebay |
| 178 | jonapar_7648 | https://www.ebay.com/str/jonapar7648?_trksid=p4429486.m3561.l161211 | AU | Ebay |
| 179 | shasto3198 | https://www.ebay.com/sch/shasto3198/m.html?item=236150366382&rt=nc&_trksid= | CL | Ebay |
| 180 | Bourne4graffs | https://www.ebay.com/str/bourne4graffs?_trksid=p4429486.m3561.l161211 | GB | Ebay |
| 181 | southpaw1016 | https://www.ebay.com/str/southpaw1016?_trksid=p4429486.m3561.l161211 | CA | Ebay |
| 182 | delucia59 | https://www.ebay.com/sch/delucia59/m.html?item=316598656258&rt=nc&_trksid=p4 | TH | Ebay |
| 183 | pedrosch0 | https://www.ebay.com/str/pedrosch0?_trksid=p4429486.m3561.l161211 | BO | Ebay |
| 184 | ayeletravid | https://www.ebay.com/str/ayeletravid?_trksid=p4429486.m3561.l161211 | IL | Ebay |
| 185 | Rose Storeonline | https://www.ebay.com/str/rosestoreonline?_trksid=p4429486.m3561.l161211 | ID | Ebay |
| 186 | raminn96 | https://www.ebay.com/sch/raminn96/m.html?item=136522360086&rt=nc&_trksid=p4 | KW | Ebay |
| 187 | gizellydo60 | https://www.ebay.com/sch/gizellydo60/m.html?item=397084576504&rt=nc&_trksid=p | CO | Ebay |
| 188 | hamzas_2692 | https://www.ebay.com/sch/hamzas_2692/m.html?item=388192869021&rt=nc&_trksi | MA | Ebay |
| 189 | history.photography | https://www.ebay.com/usr/history.photography | GB | Ebay |
| 190 | yaparc-59 | https://www.ebay.com/sch/yaparc-59/m.html?item=127301776301&rt=nc&_trksid=p | AU | Ebay |
| 191 | abhaadi-72 Store | https://www.ebay.com/str/abhaadi72store?_trksid=p4429486.m3561.l161211 | OM | Ebay |
| 192 | EverydayTee | https://www.ebay.com/str/everydaytee?_trksid=p4429486.m3561.l161211 | UA | Ebay |
| 193 | garlovel_8 | https://www.ebay.com/str/garlovel8?_trksid=p4429486.m3561.l161211 | CL | Ebay |
| 194 | Golden H Store | https://www.ebay.com/str/goldenhstore?_trksid=p4429486.m3561.l161211 | MA | Ebay |
| 195 | Prime Tee Shop | https://www.ebay.com/str/poddesign?_trksid=p4429486.m3561.l161211 | AR | Ebay |
| 196 | Dazzy D's Tees | https://www.ebay.com/str/dazzydstees?_trksid=p4429486.m3561.l161211 | CA | Ebay |
| 197 | BohoPrintTee | https://www.ebay.com/str/bohoprinttee?_trksid=p4429486.m3561.l161211 | AR | Ebay |
| 198 | OZZIE EMPORIUM | https://www.ebay.com/str/ozzieemporium?_trksid=p4429486.m3561.l161211 | AU | Ebay |
| 199 | Chi_TL | https://www.ebay.com/str/chitl?_trksid=p4429486.m3561.l161211 | BR | Ebay |
| 200 | Etaeta Shop | https://www.ebay.com/str/etaetashop?_trksid=p4429486.m3561.l161211 | LK | Ebay |
| 201 | ATOMIC DESIGN Z | https://www.ebay.com/str/atomicdesignz?_trksid=p4429486.m3561.l161211 | LK | Ebay |
| 202 | lasit_76 | https://www.ebay.com/str/lasit76?_trksid=p4429486.m3561.l161211 | OM | Ebay |
| 203 | amesmarg56 | https://www.ebay.com/str/ducdut?_trksid=p4429486.m3561.l161211 | PE | Ebay |
| 204 | saimanm-45 | https://www.ebay.com/str/saimanm45?_trksid=p4429486.m3561.l161211 | OM | Ebay |
| 205 | CoCo Chic | https://www.ebay.com/str/cocochic?_trksid=p4429486.m3561.l161211 | MA | Ebay |
| 206 | harrie64 | https://www.ebay.com/sch/harrie64/m.html?item=396363834662&rt=nc&_trksid=p44 | TH | Ebay |
| 207 | LUV2TEE | https://www.ebay.com/str/luv2tee?_trksid=p4429486.m3561.l161211 | NZ | Ebay |
| 208 | scagl-565 | https://www.ebay.com/str/scagl565?_trksid=p4429486.m3561.l161211 | AU | Ebay |
| 209 | Los Angeles Anime Shop | https://www.ebay.com/str/losangelesanimeshop?_trksid=p4429486.m3561.l161211 | TR | Ebay |
| 210 | Candy Clothing VII | https://www.ebay.com/str/candyclothingvii?_trksid=p4429486.m3561.l161211 | UA | Ebay |
| 211 | dmylytv23 | https://www.ebay.com/str/dmylytv23?_trksid=p4429486.m3561.l161211 | AU | Ebay |
| 212 | raywa175 | https://www.ebay.com/sch/raywa175/m.html?item=297536412173&rt=nc&_trksid=p4 | AU | Ebay |
| 213 | Cozylivingstyle | https://www.ebay.com/str/cozylivingstyle?_trksid=p4429486.m3561.l161211 | MA | Ebay |
| 214 | beatrice_6796 | https://www.ebay.com/str/beatrice6796?_trksid=p4429486.m3561.l161211 | PY | Ebay |
| | ███ | ███████████████████████████████████████████████████ | ██ | ███ |
| 216 | Julia-clothing | https://www.ebay.com/str/juliaclothing?_trksid=p4429486.m3561.l161211 | BR | Ebay |
| 217 | marqsta-58 | https://www.ebay.com/sch/marqsta-58/m.html?item=167802093680&rt=nc&_trksid= | CL | Ebay |
| | ███ | ███████████████████████████████████████████████████ | ██ | ███ |
| 219 | Artist LLC | https://www.ebay.com/str/artistllc?_trksid=p4429486.m3561.l161211 | LK | Ebay |
| 220 | karimha-99 | https://www.ebay.com/sch/karimha-99/m.html?item=286814482521&rt=nc&_trksid= | OM | Ebay |
| 221 | maorm_4178 | https://www.ebay.com/str/maorm4178?_trksid=p4429486.m3561.l161211 | KW | Ebay |
| 222 | debtsh_0 | https://www.ebay.com/sch/debtsh_0/m.html?item=406222460235&rt=nc&_trksid=p4 | CL | Ebay |
| 224 | zahiba97 | https://www.ebay.com/str/zahiba97?_trksid=p4429486.m3561.l161211 | KW | Ebay |
| 225 | dom-28495 | https://www.ebay.com/sch/dom-28495/m.html?item=375871437981&rt=nc&_trksid= | AU | Ebay |
| 226 | poscards-by-the-sea | https://www.ebay.com/str/poscardsbythesea?_trksid=p4429486.m3561.l161211 | GB | Ebay |
| 227 | chka-29 | https://www.ebay.com/sch/chka-29/m.html?item=357614594064&rt=nc&_trksid=p44 | AU | Ebay |

| # | Seller | URL | Country | Platform |
|---|---|---|---|---|
| 228 | cobuit23 | https://www.ebay.com/sch/cobuit23/m.html?item=187270811071&rt=nc&_trksid=p4 | CO | Ebay |
| 230 | andrew80174 | https://www.ebay.com/sch/andrew80174/m.html?item=405308828650&rt=nc&_trksi | AU | Ebay |
| 231 | lewil4592 | https://www.ebay.com/sch/lewil4592/m.html?item=297087378270&rt=nc&_trksid=p4 | AU | Ebay |
| 232 | A New Lalaland | https://www.ebay.com/str/anewlalaland?_trksid=p4429486.m3561.l161211 | PA | Ebay |
| 233 | Marley Trendy | https://www.ebay.com/str/marleytrendy?_trksid=p4429486.m3561.l161211 | AR | Ebay |
| 234 | elour_80 | https://www.ebay.com/str/elour80?_trksid=p4429486.m3561.l161211 | PH | Ebay |
| 235 | patind45 | https://www.ebay.com/usr/patind45 | AE | Ebay |
| 236 | PIXILUV-STORE | https://www.ebay.com/str/pixiluvstore?_trksid=p4429486.m3561.l161211 | NZ | Ebay |
| 237 | imranas36 | https://www.ebay.com/str/imranas36?_trksid=p4429486.m3561.l161211 | OM | Ebay |
| 238 | ganezu-89 | https://www.ebay.com/str/ganezu89?_trksid=p4429486.m3561.l161211 | JO | Ebay |
| 239 | Trendsetter Lucky | https://www.ebay.com/str/trendsetterhoodies?_trksid=p4429486.m3561.l161211 | MA | Ebay |
| 240 | NNKN LLC | https://www.ebay.com/str/nnknllc?_trksid=p4429486.m3561.l161211 | TR | Ebay |
| 241 | samisa_711 | https://www.ebay.com/str/samisa711?_trksid=p4429486.m3561.l161211 | JO | Ebay |
| 242 | punkrevival | https://www.ebay.com/str/punkrevivalbymatmin?_trksid=p4429486.m3561.l161211 | MY | Ebay |
| 243 | rhcamm0 | https://www.ebay.com/sch/rhcamm0/m.html?item=357633832057&rt=nc&_trksid=p4 | CL | Ebay |
| 244 | manes-57 | https://www.ebay.com/str/manes57?_trksid=p4429486.m3561.l161211 | KW | Ebay |
| 245 | Candy Clothing IV | https://www.ebay.com/str/candyclothingiv?_trksid=p4429486.m3561.l161211 | UA | Ebay |
| 246 | salman-6016 | https://www.ebay.com/str/salman6016?_trksid=p4429486.m3561.l161211 | KW | Ebay |
| 247 | lumar-843 | https://www.ebay.com/sch/lumar-843/m.html?item=317114650247&rt=nc&_trksid=p | BR | Ebay |
| 248 | HPBMMSTORE | https://www.ebay.com/str/hpbmmstore?_trksid=p4429486.m3561.l161211 | UG | Ebay |
| 249 | sibord-21 | https://www.ebay.com/sch/sibord-21/m.html?item=365721103509&rt=nc&_trksid=p4 | MA | Ebay |
| 250 | Thunder Tees 88 | https://www.ebay.com/str/thundertees88?_tab=about | UA | Ebay |
| 251 | yasirf_58 | https://www.ebay.com/str/yasirf58?_trksid=p4429486.m3561.l161211 | OM | Ebay |
| 253 | basuah-30 | https://www.ebay.com/sch/basuah-30/m.html?item=357668555277&rt=nc&_trksid=p | BR | Ebay |
| 254 | shukar-47 | https://www.ebay.com/str/shukar47?_trksid=p4429486.m3561.l161211 | KW | Ebay |
| 255 | Hernandez Trendy | https://www.ebay.com/str/hernandeztrendy?_trksid=p4429486.m3561.l161211 | CO | Ebay |
| 256 | kalara_official_store | https://www.ebay.com/usr/kalara_official_store | LK | Ebay |
| 256 | kalara_official_store | https://www.ebay.com/str/kalaraofficialstore?_trksid=p4429486.m3561.l161211 | LK | Ebay |
| 257 | ju-3491 | https://www.ebay.com/sch/ju-3491/m.html?item=187527670519&rt=nc&_trksid=p44 | AU | Ebay |
| 258 | The Farmer 1970s and 1980s | https://www.ebay.com/str/thefarmergardenposters?_trksid=p4429486.m3561.l1612 | SE | Ebay |
| 259 | faroukabd60 | https://www.ebay.com/str/faroukabd60?_trksid=p4429486.m3561.l161211 | KW | Ebay |
| 260 | fardan36 | https://www.ebay.com/str/fardan36?_trksid=p4429486.m3561.l161211 | OM | Ebay |
| 261 | BandThreadz | https://www.ebay.com/str/bandthreadz?_trksid=p4429486.m3561.l161211 | TR | Ebay |
| 263 | brlo_3479 a | https://www.ebay.com/str/brlo3479a?_trksid=p4429486.m3561.l161211 | AU | Ebay |
| 264 | capick-23 | https://www.ebay.com/sch/capick-23/m.html?item=365719076498&rt=nc&_trksid=p4 | UA | Ebay |
| 265 | olive_50676 | https://www.ebay.com/str/olive50676 | AU | Ebay |
| 266 | dont_250 | https://www.ebay.com/str/dont250?_trksid=p4429486.m3561.l161211 | AU | Ebay |
| 267 | chbur15 | https://www.ebay.com/usr/chbur15 | GB | Ebay |
| 268 | cricketstamps | https://www.ebay.com/usr/cricketstamps?_trksid=p2047675.l2559 | IN | Ebay |
| 269 | bealex-277 | https://www.ebay.com/usr/bealex-277 | AU | Ebay |
| 270 | badgeheaven | https://www.ebay.com/usr/badgeheaven | GB | Ebay |
| 271 | espiremarketing | https://www.ebay.com/usr/espiremarketing | GB | Ebay |
| 272 | lusqu_48 | https://www.ebay.com/usr/lusqu_48 | GB | Ebay |
| 273 | PosterGlam | https://www.ebay.com/usr/PosterGlam | NZ | Ebay |
| 274 | Melodia Bears | https://www.ebay.com/str/melodiabears | GB | Ebay |
| 275 | history.photography | https://www.ebay.com/str/deecshop?_trksid=p4429486.m3561.l161211 | GB | Ebay |
| 276 | Camiss Clothing | https://www.ebay.com/usr/CamissClothing | MA | Ebay |
| 277 | LightLitCreations | https://www.ebay.com/usr/LightLitCreations | GB | Ebay |
| 278 | RockGuitarMiniatures | https://www.ebay.com/usr/RockGuitarMiniatures | CN | Ebay |
| 279 | aimeelee111 | https://www.ebay.com/usr/aimeelee111 | GB | Ebay |
| 280 | Shellsbellsshop | https://www.ebay.com/usr/Shellsbellsshop | GB | Ebay |
| 281 | Famous Prints | https://www.ebay.com/usr/FamousPrints | GB | Ebay |
| 282 | The attic of heavy metal | https://www.ebay.com/usr/Theatticofheavymetal | FR | Ebay |
| 283 | lusidu66 | https://www.ebay.com/usr/lusidu66 | LK | Ebay |

| # | Name | URL | Country | Platform |
|---|---|---|---|---|
| 284 | umagili_95 | https://www.ebay.com/usr/umagili_95 | LK | Ebay |
| 285 | PRIARTS USA | https://www.ebay.com/usr/PRIARTSUSA | LK | Ebay |
| 286 | Retro Prints Hub | https://www.ebay.com/usr/RetroPrintsHub | LK | Ebay |
| 287 | sandunu-0 | https://www.ebay.com/usr/sandunu-0 | LK | Ebay |
| 289 | Trendsetter Lucky | https://www.ebay.com/usr/TrendsetterLucky | MA | Ebay |
| 290 | wgui-37 | https://www.ebay.com/usr/wgui-37 | TR | Ebay |
| 291 | waildya_20 | https://www.ebay.com/str/waildya20?_trksid=p4429486.m3561.l161211 | JO | Ebay |
| 291 | waildya_20 | https://www.ebay.com/usr/waildya_20 | JO | Ebay |
| ■ | ■ | ■ | ■ | ■ |
| 293 | bandpuzzlebooks | https://www.bandpuzzlebooks.com/ | TBD | Custom |
| 294 | tshirtbandit | https://www.tshirtbandit.com/ | TBD | Custom |
| ■ | ■ | ■ | ■ | ■ |
| 297 | bestrocktshirts | https://bestrocktshirts.com/ | TBD | Custom |
| ■ | ■ | ■ | ■ | ■ |
| 299 | egallagher-art | https://www.redbubble.com/people/egallagher-art | GB | Redbubble |
| 300 | shellyth-12 | https://www.ebay.com/usr/shellyth-12 | UY | Ebay |
| 301 | elkh-8909 | https://www.ebay.com/usr/elkh-8909 | MA | Ebay |
| 302 | adtaw20 | https://www.ebay.com/usr/adtaw20 | MA | Ebay |
| 303 | rusisti0 | https://www.ebay.com/usr/rusisti0 | ID | Ebay |
| 304 | ArtworkByPaulaForYou | https://www.etsy.com/shop/ArtworkByPaulaForYou | GB | Etsy |
| 305 | aalil_77 | https://www.ebay.com/usr/aalil_77 | MA | Ebay |
| 306 | julkagw0 | https://www.ebay.com/usr/julkagw0 | UG | Ebay |
| 307 | chered-berber | https://www.ebay.com/usr/chered-berber | MA | Ebay |
| 308 | whatanovelidea | https://www.etsy.com/shop/whatanovelidea | CA | Etsy |
| 309 | PosterifyDesign | https://www.etsy.com/shop/PosterifyDesign | DK | Etsy |
| 310 | TorchyStudio | https://www.etsy.com/shop/TorchyStudio | TBD | Etsy |
| 311 | almas6755 | https://www.ebay.com/usr/almas6755 | ID | Ebay |
| 312 | AndrewDayStudio | https://www.etsy.com/shop/AndrewDayStudio | GB | Etsy |
| 313 | azzerho0 | https://www.ebay.com/usr/azzerho0 | MA | Ebay |
| 314 | Popphilosophy | https://www.etsy.com/shop/Popphilosophy | AU | Etsy |
| 315 | ostoratl | https://www.ebay.com/usr/ostoratl | MA | Ebay |
| 316 | MusicConceptPosters | https://www.etsy.com/shop/MusicConceptPosters | ES | Etsy |
| 317 | ripperger9880 | https://www.ebay.com/usr/ripperger9880 | AU | Ebay |
| 318 | lit66apparel | https://www.ebay.com/usr/lit66apparel | CA | Ebay |
| 319 | mindyw48 | https://www.ebay.com/usr/mindyw48 | MG | Ebay |
| 320 | ortatzri | https://www.ebay.com/usr/ortatzri | MA | Ebay |
| 321 | tarik2855 | https://www.ebay.com/usr/tarik2855 | MA | Ebay |
| 322 | gregoryricha_28 | https://www.ebay.com/usr/gregoryricha_28 | AU | Ebay |
| 323 | julabisahid | https://www.ebay.com/usr/julabisahid | MY | Ebay |
| 324 | jennwea7671 | https://www.ebay.com/usr/jennwea7671 | AU | Ebay |
| 325 | kornfel_19 | https://www.ebay.com/usr/kornfel_19 | BO | Ebay |
| 326 | kaen011 | https://www.ebay.com/usr/kaen011 | TH | Ebay |
| 327 | moh98_7 | https://www.ebay.com/usr/moh98_7 | MA | Ebay |
| 328 | sobpan-20 | https://www.ebay.com/usr/sobpan-20 | KW | Ebay |
| 329 | hadimourh_0 | https://www.ebay.com/usr/hadimourh_0 | MA | Ebay |
| 330 | spice213 | https://www.ebay.com/usr/spice213 | MY | Ebay |
| 331 | olesiab-0 | https://www.ebay.com/usr/olesiab-0 | UA | Ebay |
| 332 | leonidp0 | https://www.ebay.com/usr/leonidp0 | UA | Ebay |
| 333 | vnane-1 | https://www.ebay.com/usr/vnane-1 | TH | Ebay |
| 334 | matfords | https://www.ebay.com/str/matfords | GB | Ebay |
| 335 | outanrjea | https://www.ebay.com/usr/outanrjea | MA | Ebay |
| 336 | hassani-59 | https://www.ebay.com/usr/hassani-59 | MA | Ebay |
| 337 | hmeeubeellla | https://www.ebay.com/usr/hmeeubeellla | MA | Ebay |
| 338 | yassa_7875 | https://www.ebay.com/usr/yassa_7875 | MA | Ebay |
| 339 | b66363 | https://www.ebay.com/usr/b66363 | MY | Ebay |
| 340 | nourdine_sbata | https://www.ebay.com/usr/nourdine_sbata | MA | Ebay |

| # | Name | URL | Country | Platform |
|---|---|---|---|---|
| 341 | abdellatifc0 | https://www.ebay.com/usr/abdellatifc0 | MA | Ebay |
| 342 | MissPicklePrints | https://www.etsy.com/shop/MissPicklePrints | GB | Etsy |
| 343 | MiniaturesCustom | https://www.etsy.com/shop/MiniaturesCustom | ES | Etsy |
| 344 | Shellsbellsbiz | https://www.etsy.com/shop/Shellsbellsbiz | GB | Etsy |
| 345 | percy42 | https://www.ebay.com/str/percy42 | UY | Ebay |
| ■ | ■ | ■ | ■ | ■ |
| 347 | fraflo3073 | https://www.ebay.com/usr/fraflo3073 | SN | Ebay |
| 348 | hasou-45_29 | https://www.ebay.com/usr/hasou-45_29 | MA | Ebay |
| 349 | charadanishop | https://www.ebay.com/usr/charadanishop | MA | Ebay |
| 350 | jodicamp56 | https://www.ebay.com/usr/jodicamp56 | CL | Ebay |
| 351 | deborahbe84 | https://www.ebay.com/usr/deborahbe84 | NI | Ebay |
| 352 | ciela-us | https://www.ebay.com/usr/ciela-us | TR | Ebay |
| 353 | said_hanzi | https://www.ebay.com/usr/said_hanzi | MA | Ebay |
| 354 | shen fang888 | https://www.amazon.com/sp?seller=A185E6EG37ZKKP | CN | Amazon |
| 355 | jelly-frog | https://www.jelly-frog.com/ | TBD | Custom |
| ■ | ■ | ■ | ■ | ■ |
| 357 | teeshirtsherpa | https://teeshirtsherpa.shop | TBD | Custom |
| 358 | Chaste Goose | https://printerval.com/shops/chaste-goose | TBD | Custom |
| 359 | Menu_Piper | https://printerval.com/shops/menu-piper | TBD | Custom |
| 360 | Huggins | https://printerval.com/shops/huggins | TBD | Custom |
| 361 | cat-skipper | https://www.ebay.com/str/3drose | GB | Ebay |
| 362 | Chalkys UK | https://www.ebay.com/usr/chalkys_uk | GB | Ebay |
| 363 | letsgotees | https://www.ebay.com/sch/letsgotees/m.html | AR | Ebay |
| 364 | Gayatri Patil | https://printerval.com/shops/gayatri-patil | TBD | Custom |
| 365 | Slur-Drab | https://printerval.com/shops/slur-drab | TBD | Custom |
| 366 | Laughable Menstruation | https://printerval.com/shops/laughable-menstruation | TBD | Custom |
| 367 | Productive Ell | https://printerval.com/shops/productive-ell | TBD | Custom |
| 368 | dortheyabrams | https://printerval.com/shops/dortheyabrams | TBD | Custom |
| 369 | Mark Graban | https://printerval.com/shops/mark-graban | TBD | Custom |
| 370 | DragonLongShop | https://printerval.com/shops/dragonlongshop | TBD | Custom |
| 371 | FlourishingFaith | https://printerval.com/shops/flourishingfaith | TBD | Custom |
| 372 | Mazeys Mod Clothing | https://www.ebay.com/str/mazeysmodclothing | GB | Ebay |
| 373 | fabcollectibles | https://www.ebay.com/sch/fabcollectibles/m.html | GB | Ebay |
| 374 | Chris Mcdonald | https://printerval.com/shops/chris-mcdonald | TBD | Custom |
| 375 | anabel shop design | https://printerval.com/shops/anabel-shop-design | TBD | Custom |
| 376 | Purple Sure | https://printerval.com/shops/purple-sure | TBD | Custom |
| 377 | Starved Ladle | https://printerval.com/shops/starved-ladle | TBD | Custom |
| 378 | TeesTotal | https://www.ebay.com/usr/teestotal | GB | Ebay |
| 379 | jesus lopez | https://printerval.com/shops/jesus-lopez | TBD | Custom |
| 380 | For The Love Of The Frame | https://www.ebay.com/str/fortheloveoftheframe | GB | Ebay |
| 381 | ALIAN shop | https://www.ebay.com/str/alianshop | MA | Ebay |
| 382 | WatsonMmedlin | https://printerval.com/shops/watsonmmedlin | TBD | Custom |
| 383 | Good.store68 | https://www.ebay.com/str/goodstore68 | MA | Ebay |
| 384 | Abundant Rana | https://printerval.com/shops/abundant-rana | TBD | Custom |
| 385 | Sarath Mv | https://printerval.com/shops/sarath-mv | TBD | Custom |
| 386 | Fidelity Skunk Tion Medon | https://printerval.com/shops/fidelity-skunk-tion-medon-s2334 | TBD | Custom |
| 387 | TheLittleTouch55 | https://printerval.com/shops/thelittletouch55 | TBD | Custom |
| 388 | Carolina Silva | https://printerval.com/shops/carolina-silva | TBD | Custom |
| 389 | Penelopa Follicle | https://printerval.com/shops/penelopa-follicle | TBD | Custom |
| 390 | TAJA GAILLIARD | https://printerval.com/shops/taja-gailliard | TBD | Custom |
| 391 | SerenityWithinCrafts | https://printerval.com/shops/serenitywithincrafts | TBD | Custom |
| 392 | Golden memory Photos | https://www.ebay.com/str/theautographlady | GB | Ebay |
| 393 | IN RA XKA | https://www.teepublic.com/user/in-ra-xka | TBD | Teepublic |
| 394 | Girl Time Up | https://www.teepublic.com/user/girl-time-up | TBD | Teepublic |
| 395 | Tinatun | https://www.teepublic.com/user/tinatun | TBD | Teepublic |
| 396 | Kionew | https://www.teepublic.com/user/kionew | ID | Teepublic |
| 397 | Ramenistic | https://www.teepublic.com/user/ramenistic | TBD | Teepublic |

| | | | | |
|---|---|---|---|---|
| 398 | animevote | https://www.teepublic.com/user/animevote | TBD | Teepublic |
| 399 | KreakEz | https://www.teepublic.com/user/kreakez | TBD | Teepublic |
| 400 | Ruyble | https://www.teepublic.com/user/ruyble | ID | Teepublic |
| 401 | 4Sehat5Sekawan | https://www.teepublic.com/user/sehat5sekawan | TBD | Teepublic |
| 402 | Abdoers | https://www.teepublic.com/user/abdoers | TBD | Teepublic |
| 403 | ajisaka | https://www.teepublic.com/user/ajisaka | TBD | Teepublic |
| 404 | WilsonHandyArt | https://www.teepublic.com/user/wilsonhandyart | TBD | Teepublic |
| 405 | Tradingcards and other collec | https://www.ebay.com/str/tradingcardsandothercollectables | GB | Ebay |
| 406 | retroprintsonline | https://www.ebay.com/str/retroprintsonline | GB | Ebay |
| 407 | Lynn Lynn Co. | https://www.teepublic.com/user/lynn-lynn-co | TBD | Teepublic |
| 408 | bombolini | https://www.teepublic.com/user/bombolini | TBD | Teepublic |
| 409 | Forsen Lukatim | https://www.teepublic.com/user/forsen-lukatim | TBD | Teepublic |
| 410 | bragboneco | https://www.teepublic.com/user/bragboneco | TBD | Teepublic |
| 411 | KIMIDIGI | https://www.teepublic.com/user/kimi-digi | GR | Teepublic |
| 412 | Farlos Angel | https://www.teepublic.com/user/farlos-angel | TBD | Teepublic |
| 413 | Back To The Best Times | https://www.ebay.com/str/backtothebesttimes | AU | Ebay |
| 414 | Eldahea Studio | https://www.teepublic.com/user/eldahea-studio | TBD | Teepublic |
| 415 | grootya | https://www.teepublic.com/user/grootya | TBD | Teepublic |
| 416 | Elvenfoe | https://www.teepublic.com/user/elvenfoe | TBD | Teepublic |
| 417 | the lucky friday | https://www.teepublic.com/user/the-lucky-friday | TBD | Teepublic |
| 418 | Londobell | https://www.teepublic.com/user/londobell | TBD | Teepublic |
| 419 | 80sWHS | https://www.teepublic.com/user/swhs | TBD | Teepublic |
| 420 | Ifilsix | https://www.teepublic.com/user/ifilsix | ID | Teepublic |
| 421 | daley doodles | https://www.teepublic.com/user/daley-doodles | TBD | Teepublic |
| 422 | Ken Savana | https://www.teepublic.com/user/ken-savana | TBD | Teepublic |
| 423 | TheTerrorClub | https://www.teepublic.com/user/theterrorclub | TBD | Teepublic |
| 424 | Kai Art Studio | https://www.teepublic.com/user/kai-art-studio | ID | Teepublic |
| 425 | FiftyZero world | https://www.teepublic.com/user/fiftyzero-world | TBD | Teepublic |
| 426 | Tarkus_Enterprize | https://www.ebay.com/str/wristcowristbands | GB | Ebay |
| 427 | JasinPrintopia | https://www.ebay.com/str/jasinprintopia | LK | Ebay |
| 428 | Asim138 | https://www.redbubble.com/people/asim138 | TBD | Redbubble |
| 429 | ngocnga | https://www.spreadshirt.com/shop/user/ngocnga/ | VN | Custom |
| 430 | Erikagita | https://www.spreadshirt.com/shop/user/erikagita/ | ID | Custom |
| 431 | DonnaClifton | https://www.artistshot.com/artist/donnaclifton | TBD | Custom |
| 432 | SamaraMcCullou | https://www.artistshot.com/artist/samaramccullou | TBD | Custom |
| 433 | ROMAINEDWILEY | https://www.artistshot.com/artist/romainedwiley | TBD | Custom |
| 434 | HectorMarroquin | https://www.artistshot.com/artist/hectormarroquin | TBD | Custom |
| 435 | WilliamReitmeyer | https://www.artistshot.com/artist/williamreitmeyer | TBD | Custom |
| 436 | Bertrando | https://www.artistshot.com/artist/bertrando | TBD | Custom |
| 437 | JeanetteNeubauer | https://www.artistshot.com/artist/jeanetteneubauer | TBD | Custom |
| 438 | SHWINSIS | https://www.artistshot.com/artist/shwinsis | TBD | Custom |
| 439 | RebekahShinn | https://www.artistshot.com/artist/rebekahshinn | TBD | Custom |
| 440 | MarkBressi | https://www.artistshot.com/artist/markbressi | TBD | Custom |
| 441 | SHOPIBGN | https://www.artistshot.com/artist/shopibgn | TBD | Custom |
| 442 | xiomi6a | https://www.artistshot.com/artist/xiomi6a | TBD | Custom |
| 443 | JamesMccollough | https://www.artistshot.com/artist/jamesmccollough | TBD | Custom |
| 444 | JenniferJones | https://www.artistshot.com/artist/jenniferjones | TBD | Custom |
| 445 | TintoDesigns | https://pixels.com/profiles/tintodesigns/shop | TBD | Custom |
| 446 | Jenny Potter | https://pixels.com/profiles/jenny-potter/shop | TBD | Custom |
| 447 | RogerHunnell | https://www.artistshot.com/artist/rogerhunnell | TBD | Custom |
| 448 | RubenGarcia | https://www.artistshot.com/artist/rubengarcia | TBD | Custom |
| 449 | Bo Kev | https://pixels.com/profiles/bo-kev/shop | TBD | Custom |
| 450 | BipuKumar | https://printerval.com/shops/bipukumar | TBD | Custom |
| 451 | Boehmuhkcasia | https://printerval.com/shops/boehmuhkcasia | TBD | Custom |
| 452 | WethyBlacker | https://printerval.com/shops/wethyblacker | TBD | Custom |
| 453 | Maritsa Sedge | https://printerval.com/shops/maritsa-sedge | TBD | Custom |
| 454 | Danika Blush | https://printerval.com/shops/danika-blush | TBD | Custom |

| | | | | |
|---|---|---|---|---|
| 455 | Ankit Verma | https://printerval.com/shops/ankit-verma | TBD | Custom |
| 456 | Sorrowful Airfoil | https://printerval.com/shops/sorrowful-airfoil | TBD | Custom |
| 457 | Nguoigiaoviennhandan | https://printerval.com/shops/nguoigiaoviennhandan | TBD | Custom |
| 458 | Sponge Jennette | https://printerval.com/shops/sponge-jennette | TBD | Custom |
| 459 | OnlyqualityShop | https://printerval.com/shops/onlyqualityshop | TBD | Custom |
| 460 | Dulsea Stinging | https://printerval.com/shops/dulsea-stinging | TBD | Custom |
| 461 | Pizzaz | https://printerval.com/shops/Pizzaz | TBD | Custom |
| 462 | Embroseph | https://printerval.com/shops/embroseph | TBD | Custom |
| 463 | ula sveik | https://printerval.com/shops/ula-sveik | TBD | Custom |
| 464 | Cam Josepha | https://printerval.com/shops/cam-josepha | TBD | Custom |
| 465 | TATOUmaispasca | https://printerval.com/shops/tatoumaispasca | TBD | Custom |
| 466 | Earl Sarajane | https://printerval.com/shops/earl-sarajane | TBD | Custom |
| 467 | MohameKhaled | https://printerval.com/shops/mohamekhaled | TBD | Custom |
| 468 | Chhattisgarhi Maroon | https://printerval.com/shops/chhattisgarhi-maroon-s1393 | TBD | Custom |
| 469 | Psychedelic Donna | https://printerval.com/shops/psychedelic-donna | TBD | Custom |
| 470 | Ed Thomas | https://printerval.com/shops/ed-thomas | TBD | Custom |
| 472 | Blend_Hour-Long | https://printerval.com/shops/blend-hour-long | TBD | Custom |
| 473 | BilRoberts | https://printerval.com/shops/bilroberts | TBD | Custom |
| 474 | Katie Chandler | https://printerval.com/shops/katie-chandler | TBD | Custom |
| 475 | Seating Kathi | https://printerval.com/shops/seating-kathi | TBD | Custom |
| 476 | Wongani | https://printerval.com/shops/wongani | TBD | Custom |
| 477 | Erin Butler | https://printerval.com/shops/erin-butler | TBD | Custom |
| 478 | Shona San Hill Upset | https://printerval.com/shops/shona-san-hill-upset-s2896 | TBD | Custom |
| 479 | Winna-Slimy | https://printerval.com/shops/winna-slimy | TBD | Custom |
| 480 | Oppressed Kisser | https://printerval.com/shops/oppressed-kisser | TBD | Custom |
| 481 | Two-Man Vinny | https://printerval.com/shops/two-man-vinny | TBD | Custom |
| 482 | Owen Mcbride Cfp Clu Cepa | https://printerval.com/shops/owen-mcbride-cfp-clu-cepa | TBD | Custom |
| 483 | Gabriela Torres | https://printerval.com/shops/gabriela-torres | TBD | Custom |
| 484 | PinZ | https://printerval.com/shops/PinZ | TBD | Custom |
| 485 | Kathrine Battered | https://printerval.com/shops/kathrine-battered | TBD | Custom |
| 486 | Angelika | https://printerval.com/shops/angelika-s1052 | TBD | Custom |
| 487 | YankeeTees | https://www.zazzle.com/store/yankeetees | IE | Custom |
| 488 | dionnaedmondq | https://www.zazzle.com/store/dionnaedmondq | TBD | Custom |
| 489 | DD_music_store | https://www.zazzle.com/store/dd_music_store | TBD | Custom |
| 490 | littlpanda | https://www.zazzle.com/store/littlpanda | TBD | Custom |
| 491 | LailaSporer | https://www.zazzle.com/store/lailasporer | TBD | Custom |
| 492 | araksstelia6 | https://www.zazzle.com/store/araksstelia6 | TBD | Custom |
| 493 | ERICAGONZALEZ | https://www.zazzle.com/store/ericagonzalez | TBD | Custom |
| 494 | JonathanCarson | https://www.zazzle.com/store/jonathancarson | TBD | Custom |
| 495 | anotherquicksand | https://www.teepublic.com/user/anotherquicksand | TBD | Teepublic |
| 496 | K.P.L.D.S.G.N | https://www.teepublic.com/user/k-p-l-d-s-g-n | TBD | Teepublic |
| 497 | casetifymask | https://www.teepublic.com/user/casetifymask | TBD | Teepublic |
| 498 | Vector Empire | https://www.teepublic.com/user/vector-empire | TBD | Teepublic |
| 499 | North Tight Rope | https://www.teepublic.com/user/north-tight-rope | TBD | Teepublic |
| 500 | getinsideart | https://www.teepublic.com/user/getinsideart | TBD | Teepublic |
| 501 | inidurenku official | https://www.teepublic.com/user/inidurenku-official | TBD | Teepublic |
| 502 | Vartiz | https://www.teepublic.com/user/vartiz | TBD | Teepublic |
| 503 | Executive class | https://www.teepublic.com/user/executive-class | TBD | Teepublic |
| 504 | 24pass0 | https://www.teepublic.com/user/pass0 | TBD | Teepublic |
| 505 | toemangaa | https://www.teepublic.com/user/toemangaa | TBD | Teepublic |
| 506 | sansxart | https://www.teepublic.com/user/sansxart | TBD | Teepublic |
| 507 | phsycstudioco | https://www.teepublic.com/user/phsycstudioco | TBD | Teepublic |
| 508 | enigma e.o | https://www.teepublic.com/user/enigma-e-o | TBD | Teepublic |
| 509 | Arma Gendong | https://www.teepublic.com/user/arma-gendong | TBD | Teepublic |
| 510 | Tina Rogers Arts | https://www.teepublic.com/user/tina-rogers-arts | TBD | Teepublic |
| 511 | The iMiJ Factory | https://www.teepublic.com/user/the-imij-factory | TBD | Teepublic |
| 512 | atrevete tete | https://www.teepublic.com/user/atrevete-tete | KR | Teepublic |

| | | | | |
|---|---|---|---|---|
| 513 | vintagis | https://www.ebay.com/usr/vintagis | MX | Ebay |
| 514 | printwaveuk | https://www.ebay.com/usr/printwaveuk | GB | Ebay |
| 515 | MancBusyBee | https://www.redbubble.com/people/mancbusybee | GB | Redbubble |
| 516 | Ovnil | https://www.redbubble.com/people/Ovnil/shop | TBD | Redbubble |
| 517 | brockree-8 | https://www.ebay.com/str/brockree8 | DE | Ebay |
| 518 | zapataknappd | https://www.zazzle.com/store/zapataknappd | TBD | Custom |
| 519 | giatuxa | https://www.zazzle.com/store/giatuxa | CA | Custom |
| 520 | sheilalond | https://www.zazzle.com/store/sheilalond | TBD | Custom |
| 521 | dokauffma | https://www.zazzle.com/store/dokauffma | TBD | Custom |
| 522 | purplepowerprintshop | https://www.zazzle.com/store/purplepowerprintshop | TBD | Custom |
| 523 | mak100 | https://www.redbubble.com/people/mak100 | AU | Redbubble |
| 524 | GoldyuUhl | https://www.redbubble.com/people/goldyuuhl | DE | Redbubble |
| 525 | Dongseng ayok store | https://www.teepublic.com/user/dongseng-ayok-store | TBD | Teepublic |
| 526 | Female Revenant | https://www.teepublic.com/user/female-revenant | TBD | Teepublic |
| 527 | chalanaonlinestore | https://www.ebay.com/usr/chalanaonlinestore | LK | Ebay |
| 528 | creatorbriliant | https://www.teepublic.com/user/creatorbriliant | TBD | Teepublic |
| 529 | Baseball Designs | https://www.teepublic.com/user/baseball-designs | TBD | Teepublic |
| 530 | RBailey | https://www.teepublic.com/user/rbailey | TBD | Teepublic |
| 531 | Jancuk Relepboys | https://www.teepublic.com/user/jancuk-relepboys | TBD | Teepublic |
| 532 | Testeemoney Artshop | https://www.teepublic.com/user/testeemoney-artshop | TBD | Teepublic |
| 533 | Mechanism Apparel | https://www.teepublic.com/user/mechanism-apparel | TBD | Teepublic |
| 534 | ceria123 | https://www.teepublic.com/user/ceria123 | TBD | Teepublic |
| 535 | milenial_baret | https://www.teepublic.com/user/milenial-baret | TBD | Teepublic |
| 536 | irbey | https://www.teepublic.com/user/irbey | TBD | Teepublic |
| 537 | kindacoolbutnotreally | https://www.teepublic.com/user/kindacoolbutnotreally | TBD | Teepublic |
| 538 | _ASCreative | https://www.teepublic.com/user/ascreative | TBD | Teepublic |
| 539 | Katab_Marbun | https://www.teepublic.com/user/katab-marbun | TBD | Teepublic |
| 540 | Crazy Frog GREEN | https://www.teepublic.com/user/crazy-frog-green | TBD | Teepublic |
| 541 | christoperili | https://www.teepublic.com/user/christoperili | TBD | Teepublic |
| 542 | Mama's Sauce | https://www.teepublic.com/user/mama-s-sauce | TBD | Teepublic |
| 543 | di-age7 | https://www.teepublic.com/user/di-age7 | TBD | Teepublic |
| 544 | Soysip | https://www.teepublic.com/user/soysip | TBD | Teepublic |
| 545 | jungel | https://www.teepublic.com/user/jungel | TBD | Teepublic |
| 546 | jalnkaki | https://www.teepublic.com/user/jalnkaki | TBD | Teepublic |
| 547 | londoo | https://www.teepublic.com/user/londoo | TBD | Teepublic |
| 548 | reraohcrot | https://www.teepublic.com/user/reraohcrot | TBD | Teepublic |
| 549 | matilda cloud | https://www.teepublic.com/user/matilda-cloud | TBD | Teepublic |
| 550 | Birdkids | https://www.teepublic.com/user/birdkids | TBD | Teepublic |
| 551 | Umehouse official | https://www.redbubble.com/user/umehouse-official | TBD | Teepublic |
| 552 | TATANYA PIYAN | https://www.redbubble.com/user/tatanya-piyan | TBD | Teepublic |
| 553 | SAMBIL PODCAST | https://www.teepublic.com/user/sambil-podcast | TBD | Teepublic |
| 554 | Rejfu Store | https://www.teepublic.com/user/rejilafu-store | TBD | Teepublic |
| 555 | JamesStoreUK | https://www.teepublic.com/user/jamesstoreuk | GB | Teepublic |
| 556 | Cyber Hex | https://www.teepublic.com/user/cyber-hex | TBD | Teepublic |
| 557 | illustrations art | https://www.teepublic.com/user/illustrations-art | TBD | Teepublic |
| 558 | Rat Bikes | https://www.teepublic.com/user/rat-bikes | AT | Teepublic |
| 559 | Cotoon Bacon | https://www.teepublic.com/user/cotoon-bacon | AT | Teepublic |
| 560 | Tolab Tolib Studio | https://www.teepublic.com/user/tolab-tolib-studio | TBD | Teepublic |
| 561 | MenGemeyMashkan | https://www.teepublic.com/user/mengemeymashkan | TBD | Teepublic |
| 562 | angga108 | https://www.teepublic.com/user/angga108 | TBD | Teepublic |
| 563 | Mamamiyah | https://www.teepublic.com/user/mamamiyah | TBD | Teepublic |
| 564 | Beban Idup | https://www.teepublic.com/user/beban-idup | TBD | Teepublic |
| 565 | PMD Store | https://www.teepublic.com/user/pmd-store | TBD | Teepublic |
| 566 | Timeless Chaos | https://www.teepublic.com/stores/timeless-chaos | TBD | Teepublic |
| 567 | sumurbatu | https://www.teepublic.com/user/sumurbatu | TBD | Teepublic |
| 568 | dolananwae | https://www.teepublic.com/user/dolananwae | TBD | Teepublic |
| 569 | Hat_ers | https://www.teepublic.com/user/hat-ers | CA | Teepublic |

| # | Name | URL | Country | Platform |
|---|---|---|---|---|
| 570 | KolekFANART | https://www.teepublic.com/user/kolekfanart | TBD | Teepublic |
| 571 | Bike Ilustrada | https://www.teepublic.com/user/bike-ilustrada | AT | Teepublic |
| 572 | Eighteen Plus | https://www.teepublic.com/user/eighteen-plus | TBD | Teepublic |
| 573 | americanationalpark podcast | https://www.teepublic.com/user/americanationalpark-podcast | TBD | Teepublic |
| 574 | Nosamila creator | https://www.teepublic.com/user/nosamila-creator | TBD | Teepublic |
| 575 | Basourat | https://www.teepublic.com/user/basourat | TBD | Teepublic |
| 576 | low spirit | https://www.teepublic.com/user/low-spirit | TBD | Teepublic |
| 577 | musiconspiracy | https://www.teepublic.com/user/musiconspiracy | TBD | Teepublic |
| 578 | beha32 | https://www.teepublic.com/user/beha32 | TBD | Teepublic |
| 579 | malam bantu aku | https://www.teepublic.com/user/malam-bantu-aku | TBD | Teepublic |
| 580 | potato cast | https://www.teepublic.com/user/potato-cast | TBD | Teepublic |
| 581 | TOMBO BONDO | https://www.teepublic.com/user/tombo-bondo | TBD | Teepublic |
| 582 | XMAXMASX | https://www.teepublic.com/user/xmaxmasx | GB | Teepublic |
| 583 | grayscalecoloring | https://www.teepublic.com/user/grayscalecoloring | TBD | Teepublic |
| 584 | j and r | https://www.teepublic.com/user/j-and-r | TBD | Teepublic |
| 585 | Yadh10 | https://www.teepublic.com/user/yadh10 | TBD | Teepublic |
| 586 | paintallday | https://www.teepublic.com/user/paintallday | TBD | Teepublic |
| 587 | MORRISWORD | https://www.teepublic.com/user/morrisword | TBD | Teepublic |
| 588 | RockReflections | https://www.teepublic.com/user/rockreflections | AU | Teepublic |
| 589 | Roza Wolfwings | https://www.teepublic.com/user/roza-wolfwings | TBD | Teepublic |
| 590 | pemudaakhirjaman | https://www.teepublic.com/user/pemudaakhirjaman | TBD | Teepublic |
| 591 | Arestration | https://www.teepublic.com/user/arestration | TBD | Teepublic |
| 592 | Blue betta | https://www.teepublic.com/user/blue-betta | TBD | Teepublic |
| 593 | Fathian | https://www.teepublic.com/user/fathian | TBD | Teepublic |
| 594 | preman samb0 | https://www.teepublic.com/user/preman-samb0 | TBD | Teepublic |
| 595 | Kiho Jise | https://www.teepublic.com/user/kiho-jise | TBD | Teepublic |
| 596 | aliencok | https://www.teepublic.com/user/aliencok | TBD | Teepublic |
| 597 | Pantat Kering | https://www.teepublic.com/user/pantat-kering | TBD | Teepublic |
| 598 | Oks Storee | https://www.teepublic.com/user/oks-storee | AT | Teepublic |
| 599 | A Design for Life | https://www.teepublic.com/user/cuancuandotcom | ID | Teepublic |
| 600 | TOY MACHINE | https://www.teepublic.com/user/toy-machine | CA | Teepublic |
| 601 | Fear Nothing | https://www.teepublic.com/user/fear-nothing | TBD | Teepublic |
| 602 | artcaricatureworks | https://www.teepublic.com/user/artcaricatureworks | TBD | Teepublic |
| 603 | Typospecia | https://www.teepublic.com/user/typospecia | TBD | Teepublic |
| 604 | QueenSNAKE | https://www.teepublic.com/user/queensnake | TBD | Teepublic |
| 605 | Animals Project | https://www.teepublic.com/user/animals-project | TBD | Teepublic |
| 606 | Jhon. Fio | https://www.teepublic.com/user/jhon-fio | TBD | Teepublic |
| 607 | Apleeexx | https://www.teepublic.com/user/apleeexx | ID | Teepublic |
| 608 | Cataleyaa | https://www.teepublic.com/user/cataleyaa | TBD | Teepublic |
| 609 | Titibumi | https://www.teepublic.com/user/titibumi | TBD | Teepublic |
| 610 | AllaboutthewordsCo | https://www.etsy.com/shop/AllaboutthewordsCo | GB | Etsy |
| 611 | musicpicturedisc | https://www.ebay.com/str/musicpicturedisc | GB | Ebay |
| 612 | IKONIKprints | https://www.etsy.com/shop/IKONIKprints | GB | Etsy |
| 613 | NightingaleArtPrints | https://www.etsy.com/shop/NightingaleArtPrints | GB | Etsy |
| 614 | JaneSandersArt | https://www.etsy.com/shop/JaneSandersArt | GB | Etsy |
| 615 | grandpapacompany | https://www.etsy.com/shop/grandpapacompany | CA | Etsy |
| 616 | brizzabrac | https://www.etsy.com/shop/brizzabrac | GB | Etsy |
| 617 | photosprintsandthings11 | https://www.ebay.com/usr/photosprintsandthings11 | GB | Ebay |
| 618 | catandbatdesigns | https://www.etsy.com/shop/catandbatdesigns | CA | Etsy |
| 619 | Graviando | https://www.redbubble.com/people/graviando | BR | Redbubble |
| 620 | theArtfulWidow | https://www.redbubble.com/people/theartfulwidow | TBD | Redbubble |
| 621 | Ericsmith5655 | https://www.redbubble.com/people/Ericsmith5655/shop | GB | Redbubble |
| 622 | Merlieatty | https://www.redbubble.com/people/merlieatty | CA | Redbubble |
| 623 | CarolinLittel | https://www.redbubble.com/people/carolinlittel | CA | Redbubble |
| 624 | fandoras.com | https://www.fandoras.com/ | TBD | Custom |
| 625 | whitelionstore.com | https://www.whitelionstore.com/ | TBD | Custom |

| | | | | |
|---|---|---|---|---|
| 629 | JJstreetsTalk | https://www.etsy.com/shop/JJstreetsTalk | ID | Etsy |
| 630 | creatividddies | https://www.redbubble.com/people/creatividddies/shop | TBD | Redbubble |
| 631 | ArtworkByPaulaForYou | https://www.etsy.com/shop/ArtworkByPaulaForYou | GB | Etsy |
| 632 | holidays4you | https://www.redbubble.com/people/holidays4you/shop | TBD | Redbubble |
| 633 | bourach-Art | https://www.redbubble.com/people/bourach-Art/shop | GB | Redbubble |
| 634 | Bigwordtees | https://www.redbubble.com/people/Bigwordtees/shop | PT | Redbubble |